**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL EDGE, Individually and on Behalf of All Others Similarly Situated, | ) ) ) Case No. 1:22-cv-04976-JSR |
| Plaintiff, | ) ) ) **NOTICE OF UNOPPOSED** ) **MOTION TO TRANSFER VENUE** |
| vs. | ) **PURSUANT TO 28 U.S.C. § 1404** ) |
| TUPPERWARE BRANDS CORPORATION, MIGUEL FERNANDEZ, and CASSANDRA HARRIS, | ) ) ) ) |
| Defendants. | ) ) ) |

Defendants Tupperware Brands Corporation, Miguel Fernandez, and Cassandra Harris (collectively, "Defendants") move this Court to enter an order transferring this action to the United States District Court for the Middle District of Florida pursuant to 28 U.S.C. § 1404 for the reasons set forth in Defendants' memorandum of law in support, which sets forth the basis for this unopposed motion.[1] Plaintiff Michael Edge does not oppose the relief sought.

WHEREFORE, Defendants respectfully request that this Court enter an order transferring the above-captioned action to the United States District Court for the Middle District of Florida.

Dated:  August 16, 2022

Respectfully submitted,

/s/ *James W. Ducayet*
James W. Ducayet (*pro hac vice* pending)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036
jducayet@sidley.com

---

[1] The parties complied with this Court's rules regarding conferences prior to filing of motions via telephone conference on August 12, 2022, where it was determined that Defendants would file this unopposed motion on August 16, 2022.

Nicholas P. Crowell
SIDLEY AUSTIN LLP
787 7th Avenue
New York, NY 10019
Tel: (212) 839-5300
Fax: (212) 839-5599
ncrowell@sidley.com

*Attorneys for Defendants*