## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL EDGE, Individually and on Behalf of All Others Similarly Situated, | ) <br> ) <br> ) Case No. 1:22-cv-04976-JSR <br> ) |
| Plaintiff, | ) <br> ) <br> ) |
| vs. | ) <br> ) |
| TUPPERWARE BRANDS CORPORATION, MIGUEL FERNANDEZ, and CASSANDRA HARRIS, | ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) <br> ) |

### [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO TRANSFER

**WHEREAS**, the Court has considered the arguments set forth in Defendants' Unopposed Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404 and accompanying memorandum,

**IT IS HEREBY ORDERED** that the above-captioned action is transferred to the United States District Court for the Middle District of Florida.

DATED: _____          _____

Honorable Jed S. Rakoff
United States District Judge