## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL EDGE, Individually and on Behalf of All Others Similarly Situated, | ) ) ) Case No. 1:22-cv-04976 |
| Plaintiff, | ) ) **DECLARATION OF MADELINE** |
| | ) **OTERO IN SUPPORT OF MOTION** |
| vs. | ) **TO TRANSFER VENUE** |
| | ) **PURSUANT TO 28 U.S.C. § 1404** |
| TUPPERWARE BRANDS CORPORATION, MIGUEL FERNANDEZ, and CASSANDRA HARRIS, | ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

I, Madeline Otero, declare as follows:

1. I am currently a Senior Vice President and the Chief Accounting Officer for Tupperware Brands Corporation ("Tupperware" or the "Company"). I submit this Declaration in support of the Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) to the Middle District of Florida, filed on behalf of Defendants Tupperware, Miguel Fernandez, and Cassandra Harris. I have personal knowledge of the facts set forth in this Declaration based on discussions with other Company employees, my review of Company records, and other public records. I am familiar with the Company's Securities and Exchange Commission ("SEC") filings, press releases, and conference calls cited in the complaint in the above-captioned matter. If called to testify as a witness, I could testify competently to the matters and facts set forth in this Declaration.

2. The Company is incorporated in the State of Delaware, and its headquarters and principal executive offices are located at 14901 South Orange Blossom Trail in Orlando, Florida.

3.      The Company's corporate finance division is based at the Company's headquarters in Orlando, Florida.

4.      The Company's investor relations division is based at the Company's headquarters in Orlando, Florida.

5.      The Company's legal department is based at the Company's headquarters in Orlando, Florida.

6.      Miguel Fernandez became the President and Chief Executive Officer of the Company in April 2020 and has served in those roles throughout November 3, 2021 to May 3, 2022, which I understand is the alleged Class Period ("Class Period"). Mr. Fernandez resides in Windermere, Florida.

7.      Mr. Fernandez typically participates in the presentation of SEC filings and press releases, including those referenced in the Complaint.

8.      Cassandra Harris is the former Chief Financial Officer and Chief Operating Officer of the Company. She served in this position during the Class Period. During the Class Period Ms. Harris resided in Wilmington, North Carolina but maintained an office at the Company's headquarters in Orlando, Florida, where she frequently worked.

9.      During the Class Period, Ms. Harris typically participated in the presentation of SEC filings and press releases, including those referenced in the Complaint.

10.     The Company prepares its SEC filings and press releases reporting the Company's financial results at its headquarters in Orlando, Florida. This includes each of the SEC filings and press releases cited in the Complaint.

2

11.     I typically participate in the presentation of SEC filings and press releases, including those referenced in the Complaint.  I reside in Orlando, Florida and maintain my office at the Company's headquarters in Orlando, Florida.

12.     Additionally, the following individuals are officers of the Company who also typically participate in the preparation of SEC filings and press releases:

a.      **Richard Goudis.**  Mr. Goudis serves as the Executive Vice Chairman of the Company and has been a member of the Company's Board of Directors since March 2020.  Mr. Goudis resides in Sewall's Point, Florida and maintains an office at the Company's headquarters in Orlando, Florida.

b.      **Patricio Cuesta.**  Mr. Cuesta serves as President, Commercial, Worldwide at the Company.  He joined Tupperware in April 2020. Mr. Cuesta resides in Windermere, Florida and maintains his office at the Company's headquarters in Orlando, Florida.

c.      **Hector Lezama.**  Mr. Lezama serves as President, Commercial Business Expansion at the Company.  He joined Tupperware in February 2020. Mr. Lezama resides in Windermere, Florida and maintains his office at the Company's headquarters in Orlando, Florida.

d.      **Karen Sheehan.**  Ms. Sheehan serves as Executive Vice President, Chief Legal Officer and Secretary of the Company.  She has been in this role since January 2018.  Ms. Sheehan resides in Winter Park, Florida and maintains her office at the Company's headquarters in Orlando, Florida.

e.     **Beatriz Diaz de la Fuente.** Ms. Diaz de la Fuente serves as Executive Vice President, Chief Human Resources Officer of the Company. She joined Tupperware in June 2020. Ms. Diaz de la Fuente resides in Windermere, Florida and maintains her office at the Company's headquarters in Orlando, Florida.

13.     The Company's SEC filings and press releases and the statements therein are issued from its headquarters in Orlando, Florida. This includes all of the SEC filings and press releases cited in the Complaint.

14.     Each of the quarterly earnings conference calls during the Class Period originated from the Company's headquarters in Orlando, Florida.

15.     The Company prepares and maintains its corporate books and records at its headquarters in Orlando, Florida.

16.     The Company prepares its publicly-reported consolidated financial statements and financial records, along with the majority of the underlying financial documents and data, at its headquarters in Orlando, Florida. These documents and data are located at the Company's headquarters in Orlando, Florida.

17.     Eight of the twelve members of the Company's Board of Directors reside in or maintain a presence in Florida, and three of the five members of the Board's Audit Committee reside in Florida. None resides in New York.[1]

18.     Although the Company permits employees to work remotely, only two of the Company's 402 United States-based employees reside in New York.[2] Neither of those

---

[1] Those who do not reside in or maintain a presence in Florida live in California, Minnesota, Rhode Island, and Tennessee.

[2] One of these employees lives in the Southern District of New York and one in the Northern District of New York.

4

employees had any involvement in preparing, approving, or issuing the Company's SEC filings or press releases identified in the Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this _11_ day of August, 2022.

Madeline Otero
Madeline Otero