UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL EDGE, Individually and on Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TUPPERWARE BRANDS CORPORATION, MIGUEL FERNANDEZ, and CASSANDRA HARRIS, )<br>)<br>Defendants. ) | Case No. 1:22-cv-04976-JSR |

[PROPOSED] ORDER GRANTING DEFENDANTS'
UNOPPOSED MOTION TO TRANSFER

**WHEREAS**, the Court has considered the arguments set forth in Defendants' Unopposed Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404 and accompanying memorandum,

**IT IS HEREBY ORDERED** that the above-captioned action is transferred to the United States District Court for the Middle District of Florida.

DATED: __8/17/22__

Honorable Jed S. Rakoff
United States District Judge