CLOSED,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:22−cv−04976−JSR

Edge v. Tupperware Brands Corporation et al
Assigned to: Judge Jed S. Rakoff
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 06/14/2022
Date Terminated: 08/17/2022
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**Michael Edge**
*Individually and on Behalf of All Others*
*Similarly Situated*

represented by **Joseph Alexander Hood , II**
Pomerantz LLP
600 Third Avenue
New York, NY 10016
(212)−661−1100
Email: ahood@pomlaw.com
*ATTORNEY TO BE NOTICED*

**Thomas Henry Przybylowski**
Pomerantz LLP
600 Third Avenue
Ste 20th Floor
New York, NY 10016
212−661−1100
Fax: 917−463−1044
Email: tprzybylowski@pomlaw.com
*ATTORNEY TO BE NOTICED*

**Jeremy Alan Lieberman**
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
(212)−661−1100
Fax: (212)−661−8665
Email: jalieberman@pomlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Movant**

**Michael J. Dennehy**

represented by **Adam M. Apton**
Levi & Korsinsky, LLP
55 Broadway, 10th Floor
New York, NY 10006
212−363−7500
Fax: 212−363−7171
Email: aapton@zlk.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Ralph Estep**                                    represented by   **Jeremy Alan Lieberman**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*


V.

**Defendant**

**Tupperware Brands Corporation**                  represented by   **James Wallace Ducayet**
                                                                    Sidley Austin, LLP (Chicago)
                                                                    One South Dearborn
                                                                    Chicago, IL 60603
                                                                    (312)–853–7621
                                                                    Fax: (312)–853–7036
                                                                    Email: jducayet@sidley.com
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Nicholas Primer Crowell**
                                                                    Sidley Austin LLP (NY)
                                                                    787 Seventh Avenue
                                                                    New York, NY 10019
                                                                    (212)–839–5449
                                                                    Fax: (212)–839–5599
                                                                    Email: ncrowell@sidley.com
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Miguel Fernandez**                               represented by   **James Wallace Ducayet**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Nicholas Primer Crowell**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Cassandra Harris**                               represented by   **James Wallace Ducayet**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Nicholas Primer Crowell**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/14/2022 | Ï 1 | COMPLAINT against Miguel Fernandez, Cassandra Harris, Tupperware Brands Corporation. (Filing Fee $ 402.00, Receipt Number ANYSDC–26279955)Document filed by Michael Edge..(Lieberman, Jeremy) (Entered: 06/14/2022) |

| 06/14/2022 | Ï 2 | CIVIL COVER SHEET filed..(Lieberman, Jeremy) (Entered: 06/14/2022) |
|---|---|---|
| 06/14/2022 | Ï 3 | REQUEST FOR ISSUANCE OF SUMMONS as to Tupperware Brands Corporation, Miguel Fernandez, and Cassandra Harris, re: 1 Complaint. Document filed by Michael Edge..(Lieberman, Jeremy) (Entered: 06/14/2022) |
| 06/15/2022 | Ï | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Jeremy Alan Lieberman. The party information for the following party/parties has been modified: Michael Edge. The information for the party/parties has been modified for the following reason/reasons: party text was omitted;. (pc) (Entered: 06/15/2022) |
| 06/15/2022 | Ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Jed S. Rakoff. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions..(pc) (Entered: 06/15/2022) |
| 06/15/2022 | Ï | Magistrate Judge Sarah Netburn is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (pc) (Entered: 06/15/2022) |
| 06/15/2022 | Ï | Case Designated ECF. (pc) (Entered: 06/15/2022) |
| 06/15/2022 | Ï 4 | ELECTRONIC SUMMONS ISSUED as to Miguel Fernandez, Cassandra Harris, Tupperware Brands Corporation..(pc) (Entered: 06/15/2022) |
| 06/23/2022 | Ï 5 | NOTICE OF APPEARANCE by Joseph Alexander Hood, II on behalf of Michael Edge..(Hood, Joseph) (Entered: 06/23/2022) |
| 06/24/2022 | Ï 6 | NOTICE OF APPEARANCE by Thomas Henry Przybylowski on behalf of Michael Edge..(Przybylowski, Thomas) (Entered: 06/24/2022) |
| 08/11/2022 | Ï 7 | NOTICE OF APPEARANCE by Nicholas Primer Crowell on behalf of Miguel Fernandez, Cassandra Harris, Tupperware Brands Corporation..(Crowell, Nicholas) (Entered: 08/11/2022) |
| 08/11/2022 | Ï 8 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent BlackRock, Inc. for Tupperware Brands Corporation. Document filed by Tupperware Brands Corporation..(Crowell, Nicholas) (Entered: 08/11/2022) |
| 08/11/2022 | Ï 9 | MOTION for James W. Ducayet to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−26538824. Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by Miguel Fernandez, Cassandra Harris, Tupperware Brands Corporation. (Attachments: # 1 Text of Proposed Order Proposed Order).(Ducayet, James) (Entered: 08/11/2022) |
| 08/12/2022 | Ï | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 9 MOTION for James W. Ducayet to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−26538824. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz) (Entered: 08/12/2022) |
| 08/15/2022 | Ï 10 | MOTION to Appoint Counsel *Levi & Korsinsky, LLP*., MOTION to Appoint Michael J. Dennehy to serve as lead plaintiff(s) . Document filed by Michael J. Dennehy..(Apton, Adam) (Entered: 08/15/2022) |
| 08/15/2022 | Ï 11 | MEMORANDUM OF LAW in Support re: 10 MOTION to Appoint Counsel *Levi & Korsinsky, LLP*. MOTION to Appoint Michael J. Dennehy to serve as lead plaintiff(s) . . Document filed by Michael J. Dennehy..(Apton, Adam) (Entered: 08/15/2022) |

| 08/15/2022 | Ï 12 | DECLARATION of Adam M. Apton in Support re: 10 MOTION to Appoint Counsel *Levi & Korsinsky, LLP*. MOTION to Appoint Michael J. Dennehy to serve as lead plaintiff(s) .. Document filed by Michael J. Dennehy. (Attachments: # 1 Exhibit A– PSLRA Certification, # 2 Exhibit B– Loss Chart, # 3 Exhibit C– PSLRA Notice, # 4 Exhibit D– Movant Declaration, # 5 Exhibit E– LK Resume).(Apton, Adam) (Entered: 08/15/2022) |
|---|---|---|
| 08/15/2022 | Ï 13 | PROPOSED ORDER. Document filed by Michael J. Dennehy. Related Document Number: 10 ..(Apton, Adam) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/15/2022) |
| 08/15/2022 | Ï 14 | MOTION to Appoint Ralph Estep to serve as lead plaintiff(s) ., MOTION to Approve Lead Counsel . Document filed by Ralph Estep..(Lieberman, Jeremy) (Entered: 08/15/2022) |
| 08/15/2022 | Ï 15 | PROPOSED ORDER. Document filed by Ralph Estep. Related Document Number: 14 ..(Lieberman, Jeremy) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/15/2022) |
| 08/15/2022 | Ï 16 | MEMORANDUM OF LAW in Support re: 14 MOTION to Appoint Ralph Estep to serve as lead plaintiff(s) . MOTION to Approve Lead Counsel . . Document filed by Ralph Estep..(Lieberman, Jeremy) (Entered: 08/15/2022) |
| 08/15/2022 | Ï 17 | DECLARATION of Jeremy A. Lieberman in Support re: 14 MOTION to Appoint Ralph Estep to serve as lead plaintiff(s) . MOTION to Approve Lead Counsel .. Document filed by Ralph Estep. (Attachments: # 1 Exhibit A – Assignment, # 2 Exhibit B – Damages Analysis, # 3 Exhibit C – Press Release, # 4 Exhibit D – Certification, # 5 Exhibit E – Movant Declaration, # 6 Exhibit F – Firm Resume).(Lieberman, Jeremy) (Entered: 08/15/2022) |
| 08/16/2022 | Ï | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 13 Proposed Order was reviewed and approved as to form. (tp)** (Entered: 08/16/2022) |
| 08/16/2022 | Ï | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 15 Proposed Order was reviewed and approved as to form. (tp)** (Entered: 08/16/2022) |
| 08/16/2022 | Ï 18 | MOTION to Transfer Case *(Unopposed)*. Document filed by Miguel Fernandez, Cassandra Harris, Tupperware Brands Corporation. (Attachments: # 1 Text of Proposed Order – Proposed Order).(Ducayet, James) (Entered: 08/16/2022) |
| 08/16/2022 | Ï 19 | MEMORANDUM OF LAW in Support re: 18 MOTION to Transfer Case *(Unopposed)*. . Document filed by Miguel Fernandez, Cassandra Harris, Tupperware Brands Corporation..(Ducayet, James) (Entered: 08/16/2022) |
| 08/16/2022 | Ï 20 | DECLARATION of Madeline Otera in Support re: 18 MOTION to Transfer Case *(Unopposed)*.. Document filed by Miguel Fernandez, Cassandra Harris, Tupperware Brands Corporation..(Ducayet, James) (Entered: 08/16/2022) |
| 08/17/2022 | Ï 21 | ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO TRANSFER granting 18 Motion to Transfer Case. IT IS HEREBY ORDERED that the above–captioned action is transferred to the United States District Court for the Middle District of Florida.. (Signed by Judge Jed S. Rakoff on 8/17/2022) (kv) Transmission to Office of the Clerk of Court for processing. (Entered: 08/17/2022) |
| 08/17/2022 | Ï | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – District of Middle District of Florida.(kv) (Entered: 08/25/2022) |