UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL EDGE, MICHAEL J.
DENNEHY and RALPH ESTEP,

      Plaintiffs,

v.                                                                          Case No:   6:22-cv-1518-RBD-LHP

TUPPERWARE BRANDS
CORPORATION, MIGUEL
FERNANDEZ and CASSANDRA
HARRIS,

      Defendants.

---

**NOTICE TO REGISTER FOR COURT'S CASE MANAGEMENT AND
ELECTRONIC CASE FILING PROGRAM**

On Monday, July 12, 2004, the United States District Court for the Middle District of Florida converted to a paperless electronic filing system: CM/ECF (Case Management and Electronic Case Filing). Extensive notice of this conversion was provided through the Court's web-page, announcements, and numerous mailings.

Upon review of this case, it appears that attorney **Michael J. Wernke** is not registered to participate in the Case Management and Electronic Case Filing ("CM/ECF") program of the Court.

Henceforth, all attorneys appearing in a case assigned to the undersigned Judge shall participate and docket in CM/ECF within **30 days** of entry of an

appearance in such case.

Counsel is directed to the website located at **www.flmd.uscourts.gov** under "CM/ECF" where a password may be requested from the Court. Counsel must take the Tutorials offered on the website before using the CM/ECF system.

Accordingly, it is **ORDERED** that attorney **Michael J. Wernke** is **DIRECTED** to register for CM/ECF no later than **Friday, January 20, 2023**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 2, 2023.



ROY B. DALTON JR.
United States District Judge