## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

MICHAEL EDGE, MICHAEL J.
DENNEHY and RALPH ESTEP,

      Plaintiffs,

v.                                                                          Case No:   6:22-cv-1518-RBD-LHP

TUPPERWARE BRANDS
CORPORATION, MIGUEL
FERNANDEZ and CASSANDRA
HARRIS,

      Defendants.

---

## ORDER

On September 1, 2022, the Court issued its standard Initial Order. (Doc. 25). Among other things, the Order directed Plaintiff to file a Notice of Pendency of Other Actions within fourteen days of the date of the order. (Doc. 25, p. 2.) The Plaintiff has yet to submit the filing, even though the deadline has passed.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that on or before **January 20, 2023,** the Plaintiff is **DIRECTED** to file a Notice of Pendency of Other Actions to comply with the Court's Order (Doc. 25).

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 2, 2023.



ROY B. DALTON JR.
United States District Judge