**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| MICHAEL EDGE, Individually and On Behalf of All Others Similarly Situated, ) ) ) ) | |
| ) | |
| Plaintiff, ) | No. 6:22-cv-1518-RBD-LHP |
| ) | |
| vs. ) | Judge Roy B. Dalton, Jr. |
| ) | Magistrate Judge Leslie Hoffman |
| TUPPERWARE BRANDS ) | Price |
| CORPORATION, MIGUEL ) | |
| FERNANDEZ, and CASSANDRA ) | |
| HARRIS ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' UNOPPOSED MOTION**
**TO STRIKE DOCUMENT FILED IN ERROR**

On January 5, 2023, Defendants Tupperware Brands Corporation, Miguel Fernandez, and Cassandra Harris (collectively, "Defendants") filed a docket entry entitled "Unopposed Motion for Extension of Time to File Briefs and Unopposed Motion to File Excess Pages," Dkt. 50. An incorrect document was inadvertently attached to the filing. The correct document was subsequently filed as Dkt. 51. Defendants respectfully ask the Court to strike Dkt. 50 and proceed with the motion as filed in Dkt. 51. Defendants have met and conferred with Plaintiffs and Plaintiffs do not oppose the relief sought in this motion.

Dated:  January 6, 2023        Respectfully submitted,

*/s/ James W. Ducayet*
James W. Ducayet (*Pro Hac Vice*)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:   (312) 853-7036
Email:  jducayet@sidley.com

Ian M. Ross (Bar No. 091214)
SIDLEY AUSTIN LLP
1001 Brickell Bay Drive, Suite 900
Miami, FL  33131
Telephone: (305) 391-5100
Facsimile: (305) 391-5101
Email:  iross@sidley.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2023, I electronically filed the foregoing document using the CM/ECF system, which will send notice of this filing to the counsel of record for Plaintiffs.

*/s/ James W. Ducayet*
James W. Ducayet

2