## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA (ORLANDO DIVISION)

|  |  |
|---|---|
| MICHAEL EDGE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> TUPPERWARE BRANDS CORPORATION, MIGUEL FERNANDEZ, and CASSANDRA HARRIS, <br><br> Defendants. | No. 6:22-cv-1518-RBD-LHP <br><br> Judge Roy B. Dalton, Jr. <br> Magistrate Judge Leslie Hoffman Price |

## EXHIBIT LIST TO DEFENDANTS' MOTION TO DISMISS

| Ex. | Description |
|---|---|
| A | May 5, 2021 Press Release |
| B | May 5, 2021 Earnings Call Transcript |
| C | 2021 Q1 Form 10-Q |
| D | August 4, 2021 Press Release |
| E | August 4, 2021 Earnings Call Transcript |
| F | November 3, 2021 Press Release |
| G | November 3, 2021 Earnings Call Transcript |
| H | February 23, 2022 Press Release |
| I | February 23, 2022 Earnings Call Transcript |
| J | May 4, 2022 Earnings Call Transcript |