**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| MICHAEL EDGE, Individually and on Behalf of All Others Similarly Situated, <br> Plaintiff, <br> v. <br> TUPPERWARE BRANDS CORPORATION, MIGUEL FERNANDEZ, and CASSANDRA HARRIS, <br> Defendants. | Case No. 6:22-cv-1518-RBD-LHP |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs Michael J. Dennehy and Ralph Estep hereby give notice, pursuant to Local Rule 3.01(i), of:

1.      An order dated March 22, 2023 by the Honorable Timothy J. Corrigan entered in the United States District Court for the Middle District of Florida denying a motion to dismiss filed in *Lemen v. Redwire Corp.*, No. 3:21-cv-1254-TJC-PDB, 2023 U.S. Dist. LEXIS 48833 (M.D. Fla. Mar. 22, 2023) ("*Redwire*").

2.      The *Redwire* decision supplements arguments found at Sections I.B.3 and I.B.5, pages 18-20 of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss Plaintiffs' First Amended Class Action Complaint (ECF 59).

3.      Citation: *Redwire*, 2023 U.S. Dist. LEXIS 48833 at *11 ("Indeed, as CFO, these were Read's direct responsibilities- and Read reported to Cannito, the CEO. Defendants attack this theory, arguing that it is overly speculative to assume the officers knew about the ICFR deficiencies just because of their positions. But

1

Plaintiffs' allegations, incorporating Redwire's own disclosures, are sufficiently robust.") (cleaned up), *12 ("They argue ... that a CFO's termination, standing alone, is insufficient to establish scienter ... [E]xamining the entire amended complaint and taking as true all well-pleaded allegations, Plaintiffs allegations of scienter are sufficient at this stage.").

Dated: March 24, 2023          Respectfully submitted,

By:   _Shannon L. Hopkins_
        Shannon L. Hopkins
        **LEVI & KORSINSKY, LLP**
        Gregory M. Potrepka
        1111 Summer Street, Suite 403
        Stamford, CT 06905
        Tel: (212) 992-4523
        Fax: (212) 363-7171
        Email: shopkins@zlk.com
        Email: gpotrepka@zlk.com

        Jeremy A. Lieberman
        Michael Wernke
        **POMERANTZ LLP**
        600 Third Avenue, 20th Floor
        New York, NY 10016
        Tel.: (212) 661-1100
        Fax: (212) 661-8665
        Email: jalieberman@pomlaw.com
        Email: mjwernke@pomlaw.com

        *Co-Lead Counsel for Plaintiffs and the Class*

        **BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
        Peretz Bronstein
        60 East 42nd Street, Suite 4600
        New York, NY 10165
        Tel.: (212) 667-6484
        Fax: (212) 667-7296

2

Email: peretz@bgandg.com

*Additional Counsel for Plaintiff Ralph Estep*

**THE PORTNOY LAW FIRM**
Lesley F. Portnoy
1800 Century Park East Suite 600
Los Angeles, CA 90067
Tel.: (310) 6928883
Email: lesley@portnoylaw.com

*Additional Counsel*

Cullin Avram O'Brien
**CULLIN O'BRIEN LAW, P.A.**
6541 NE 21st Way
Ft. Lauderdale, FL 33308
Tel: (561) 676-6370
Email: cullin@cullinobrienlaw.com

*Liaison Counsel for Plaintiffs and the Class*

3