# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| MICHAEL EDGE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TUPPERWARE BRANDS CORPORATION, MIGUEL FERNANDEZ, and CASSANDRA HARRIS,<br><br>Defendants. | Case No. 6:22-cv-1518-RBD-LHP<br><br><br><br>**DECLARATION OF ADAM M. APTON IN RESPONSE TO ORDER TO SHOW CAUSE [DKT. NO. 73]** |

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner at Levi & Korsinsky, LLP, counsel to the court-appointed co-lead plaintiff Michael J. Dennehy. I have personal knowledge of the facts set forth herein. If necessary, I could and would testify competently to the following if called to do so.

2.      I respectfully submit this declaration in response to the Court's Order to Show Cause dated May 5, 2023 (Dkt. No. 73). As of this morning, I am now registered for CM/ECF within this District. I apologize for the delay in complying with the Court's prior order requiring my registration (Dkt. No. 70).

3.      My delay in complying with the Court's prior order was not intentional but instead the result of an oversight and/or miscommunication between myself and others within my firm. I moved for *pro hac vice* admission on March 31, 2023. *See* Dkt.

1

No. 68. Magistrate Judge Leslie Hoffman Price granted my motion on April 3, 2023. *See* Dkt. No. 70. I was not registered to receive electronic filing notices at that time and, as a result, regretfully did not receive Judge Price's order electronically when it was entered on the docket.

4.    I also unfortunately did not receive the order via U.S. mail. Our firm recently moved to new office space within New York City. Although our office administrator setup mail forwarding with the U.S. Postal Service, she did not receive Judge Price's order at the new office address. To date, she has not received the order even though it was sent via U.S. mail at the time of entry, according to the CM/ECF notice received by other registered users.

5.    I first received Judge Price's order early last week while reviewing a *pro hac vice* application in connection with an unrelated matter pending in the Southern District of Florida. Upon seeing Judge Price's order, I immediately attempted to register for CM/ECF within the District. My initial attempt to register was unsuccessful.

6.    Initially, on May 2, 2023, I attempted to register for CM/ECF through the Middle District of Florida's CM/ECF site instead of PACER. I was later able to locate the correct page and submit the request for registration but did not complete the form correctly. The CM/ECF Office "rejected" my request for registration. Attached hereto as Exhibit A is a true and correct copy of the email I received from the CM/ECF Office dated May 2, 2023 indicating that my request had been "rejected."

7.      On Friday, May 5, 2023, I received the Court's Order to Show Cause at approximately 6:46 p.m. EDT. On Monday, May 8, 2023, I immediately attended to the Court's order and once again attempted to register for CM/ECF within the District. On this occasion, I was successful. Attached hereto as Exhibit B is a true and correct copy of the email I received from the CM/ECF Office dated May 8, 2023 confirming that my request had been "processed."

8.      It was never my intention to disregard any of the Court's orders in this action. Respectfully, I apologize for the inconvenience that this has caused the Court and its staff and hope that the Order to Show Cause can be discharged at this point in time.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of May, 2023.

_____
ADAM M. APTON