# EXHIBIT "A"

**Adam M Apton**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Tuesday, May 2, 2023 3:37 PM |
| **To:** | Adam M Apton |
| **Subject:** | [External]NextGen CM/ECF Registration Status |

This email is notification that your NextGen CM/ECF electronic filing registration has been processed. You may check your E-Filing Status by visiting the "Manage My Account" section of the PACER web site and selecting "Check E-File Status" option from the "Maintenance" tab or use this link, https://pacer.psc.uscourts.gov/pscof/manage/efileStatus.jsf.

Account Number: 4145648
Court: FLORIDA MIDDLE DISTRICT COURT
Date/Time Submitted: 05/02/2023 13:12:36 CDT
Transaction ID: 44824
Request: Registration
Transaction Status: Rejected
Comment: Special Admission Case Number Required: You must provide the case in which you have been granted special admission. Resubmit your request with the case number. Visit https://www.flmd.uscourts.gov/for-lawyers#special-admission-to-practice for details.

NOTE: Please do not reply to this message. This is an automated message sent from an unmonitored mailbox. If you have questions or comments, please email them to Attorney_Admissions_Orl@flmd.uscourts.gov.

1