# EXHIBIT "B"

## Adam M Apton

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Monday, May 8, 2023 11:01 AM |
| **To:** | Adam M Apton |
| **Subject:** | [External]NextGen CM/ECF Registration Status |

This email is notification that your NextGen CM/ECF electronic filing registration has been processed. You may check your E-Filing Status by visiting the "Manage My Account" section of the PACER web site and selecting "Check E-File Status" option from the "Maintenance" tab or use this link, https://pacer.psc.uscourts.gov/pscof/manage/efileStatus.jsf.

Account Number: 4145648
Court: FLORIDA MIDDLE DISTRICT COURT
Date/Time Submitted: 05/08/2023 09:39:49 CDT
Transaction ID: 45056
Request: Registration
Transaction Status: Processed

NOTE: Please do not reply to this message. This is an automated message sent from an unmonitored mailbox. If you have questions or comments, please email them to Attorney_Admissions_Orl@flmd.uscourts.gov.

1