## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA (ORLANDO DIVISION)

|  |  |  |
|---|---|---|
| MICHAEL EDGE, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) ) |  |
| Plaintiff, | ) ) | No. 6:22-cv-1518-RBD-LHP |
| vs.<br><br>TUPPERWARE BRANDS CORPORATION, MIGUEL FERNANDEZ, and CASSANDRA HARRIS, | ) ) ) ) ) ) ) ) | Judge Roy B. Dalton, Jr.<br>Magistrate Judge Leslie Hoffman Price |
| Defendants. | ) ) ) |  |

### DECLARATION OF NICHOLAS PRIMER CROWELL
### RESPONSE TO ORDER TO SHOW CAUSE (Dkt. 72)

I, Nicholas Primer Crowell, Esq., hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.    I am a partner at Sidley Austin LLP and counsel to Defendants in this matter. I have personal knowledge of the facts set forth herein. If necessary, I could and would testify competently to the following if called to do so.

2.    First and foremost, I sincerely apologize for the inconvenience caused by my delay in complying with the Court's March 20, 2023, Order. My

1

delay in complying with the Court's March 23, 2023, Order was unintentional and a result of an internal docketing error.

3.     I am barred in New York and the United States District Court for the Southern District of New York. I am in good standing in both jurisdictions.

4.     On August 11, 2022, I filed my Notice of Appearance in this matter (Dkt. 7), and on March 30, 2023, I filed my Unopposed Motion for Special admission (Dkt. 678). The Court granted that motion on October 31, 2022. (Dkt. 41.) However, given that my Florida colleagues have been principally responsible for this matter, I unintentionally overlooked my requirement to register for CM/ECF. As a result, I was not registered to receive electronic filing notices on March 20, 2023, when the Court entered an Order ordering me to register for CM/ECF no later than March 31, 2023. (Dkt. 62.) My lack of registration, compounded by an internal docketing error, resulted in my non-compliance with the Court's Order.

5.     When the Court entered its Order to Show Cause (Dkt. 72), I immediately sought to rectify my error and registered for CM/ECF within this District. Attached hereto as **Exhibit A** is a true and correct copy of the e-mail I received dated May 8, 2023, confirming that my request had been processed.

6.     It was not my intention to fail to comply with this Court's March 20, 2023, Order. I again respectfully apologize for my error and the resulting

2

inconvenience and burden to this Court. I sincerely hope the Court can pardon my error at this time and discharge the Order to Show Cause.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of May, 2023.

*/s/ Nicholas Primer Crowell*
NICHOLAS PRIMER CROWELL

3

Dated:  May 8, 2023

Respectfully submitted,

*/s/ Nicholas Primer Crowell*

Nicholas Primer Crowell
SIDLEY AUSTIN LLP (NY)
787 Seventh Avenue
New York, NY 10019
Telephone: (212)-839-5449
Fax: (212)-839-5599
Email: ncrowell@sidley.com

James W. Ducayet (IL Bar No. 6236997)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036
Email:  jducayet@sidley.com

Ian M. Ross (Bar No. 091214)
SIDLEY AUSTIN LLP
1001 Brickell Bay Drive, Suite 900
Miami, FL  33131
Telephone: (305) 391-5100
Facsimile: (305) 391-5101
Email:  iross@sidley.com

*Counsel for Defendants*

4

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2023, I electronically filed the foregoing document using the CM/ECF system, which will send notice of this filing to the counsel of record for Plaintiff.

/s/ *Nicholas Primer Crowell*
Nicholas Primer Crowell