# EXHIBIT A

**From:** do_not_reply@psc.uscourts.gov
**Sent:** May 8, 2023 10:57 AM
**To:** "Crowell, Nicholas P." <ncrowell@sidley.com>
**Subject:** NextGen CM/ECF Registration Status

**EXTERNAL EMAIL - Use caution with links and attachments.**

This email is notification that your NextGen CM/ECF electronic filing registration has been processed.  You may check your E-Filing Status by visiting the "Manage My Account" section of the PACER web site and selecting "Check E-File Status" option from the "Maintenance" tab or use this link, https://urldefense.com/v3/__https://pacer.psc.uscourts.gov/pscof/manage/efileStatus.jsf__;!!Omh0IfYXnA!woPuFtK94zwqOJvZm8s2MQKb4MZ1xxp-O7KdJkZ5Ec2sIauZyqOsOIGk1cUfwwMm82Xde9z4Mm3yctXQgUJP0y3q530HBw$.

   Account Number: 4692102
   Court: FLORIDA MIDDLE DISTRICT COURT
   Date/Time Submitted: 05/08/2023 09:38:53 CDT
   Transaction ID: 45055
   Request: Registration
   Transaction Status: Processed

NOTE: Please do not reply to this message.  This is an automated message sent from an unmonitored mailbox.  If you have questions or comments, please email them to Attorney_Admissions_Orl@flmd.uscourts.gov.