## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA (ORLANDO DIVISION)

| | | |
|---|---|---|
| MICHAEL EDGE, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 6:22-cv-1518-RBD-LHP |
| vs. | ) ) ) | Judge Roy B. Dalton, Jr. Magistrate Judge Leslie Hoffman |
| TUPPERWARE BRANDS CORPORATION, MIGUEL FERNANDEZ, and CASSANDRA HARRIS, | ) ) ) ) ) | Price |
| Defendants. | ) ) | |

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS

Defendants Tupperware Brands Corporation, Miguel Fernandez, and Cassandra Harris (collectively, "Defendants"), respectfully submit this Notice of Supplemental Authority in Support of the Motion to Dismiss Plaintiffs' First Amended Class Action Complaint (ECF No. 56) pursuant to Middle District of Florida Local Rule 3.01(i).

The recently decided case *Plymouth Cnty. Ret. Ass'n v. Array Tech., Inc.*, 2023 WL 3569068 (S.D.N.Y. May 19, 2023) supports the arguments made on page 9, lines 14–17, page 18, lines 7–11, and page 20, lines 3–5 of Defendants' Motion to Dismiss. *See* 2023 WL 3569068, at *10–11 (stating that "[i]t is not

actionable under the securities law for corporate officers to paint a rosy view of the future based on accurate data; '[p]eople in charge of an enterprise are not required to take a gloomy, fearful or defeatist view of the future'" and "[t]he disclosure of accurate historical data does not become misleading even if less favorable results might be predictable by the company in the future").

Dated:  June 5, 2023

Respectfully submitted,

*/s/ Ian M. Ross*
James W. Ducayet (IL Bar No. 6236997)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:   (312) 853-7036
Email:  jducayet@sidley.com

Ian M. Ross (Bar No. 091214)
SIDLEY AUSTIN LLP
1001 Brickell Bay Drive, Suite 900
Miami, FL  33131
Telephone: (305) 391-5100
Facsimile: (305) 391-5101
Email:  iross@sidley.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2023, I electronically filed the foregoing document using the CM/ECF system, which will send notice of this filing to the counsel of record for Plaintiff.

/s/ Ian M. Ross
Ian M. Ross