## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| MICHAEL EDGE, Individually and on Behalf of All Others Similarly Situated, Plaintiff, <br> v. <br> TUPPERWARE BRANDS CORPORATION, MIGUEL FERNANDEZ, and CASSANDRA HARRIS, <br> Defendants. | Case No. 6:22-cv-1518-RBD-LHP |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs Michael J. Dennehy and Ralph Estep hereby give notice, pursuant to Local Rule 3.01(i), of:

1.     An order dated June 15, 2023 by the Honorable Paul G. Byron in the United States Court for the Middle District of Florida denying a motion to dismiss filed in *Theodore v. PureCycle Techs, Inc.*, No. 6:21-cv-809-PGB-RMN, 2023 U.S. Dist. LEXIS 105789 (M.D. Fla. June 15, 2023) ("*PureCycle*").

2.     The *PureCycle* decision supplements arguments found at Section I.B.2, pages 16-18, of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss Plaintiffs' First Amended Class Action Complaint (ECF 59).

3.     Citation: *PureCycle*, 2023 U.S. Dist. LEXIS 105789 at *18 ("When a defendant makes a statement or statements repeatedly, it can more strongly evince an inference that the defendant spoke with scienter."); *id.* at *22 ("Like the *Carlucci* and *Keating* courts, this Court also finds it significant that the

1

aforementioned Defendants made their statements multiple times, as this repetition makes it more likely that they intended to [mislead]").

Dated: June 22, 2023          Respectfully submitted,

By:   *Cullin Avram O'Brien*
      Cullin Avram O'Brien
      **CULLIN O'BRIEN LAW, P.A.**
      6541 NE 21st Way
      Ft. Lauderdale, FL 33308
      Tel: (561) 676-6370
      Email: cullin@cullinobrienlaw.com

      *Liaison Counsel for Plaintiffs and the Class*

      Shannon L. Hopkins
      Gregory M. Potrepka
      **LEVI & KORSINSKY, LLP**
      1111 Summer Street, Suite 403
      Stamford, CT 06905
      Tel: (212) 992-4523
      Fax: (212) 363-7171
      Email: shopkins@zlk.com
      Email: gpotrepka@zlk.com

      Jeremy A. Lieberman
      Michael Wernke
      **POMERANTZ LLP**
      600 Third Avenue, 20th Floor
      New York, NY 10016
      Tel.: (212) 661-1100
      Fax: (212) 661-8665
      Email: jalieberman@pomlaw.com
      Email: mjwernke@pomlaw.com

      *Co-Lead Counsel for Plaintiffs and the Class*

      **BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
      Peretz Bronstein
      60 East 42nd Street, Suite 4600

2

New York, NY 10165
Tel.: (212) 667-6484
Fax: (212) 667-7296
Email: peretz@bgandg.com

*Additional Counsel for Plaintiff Ralph Estep*

**THE PORTNOY LAW FIRM**
Lesley F. Portnoy
1800 Century Park East Suite 600
Los Angeles, CA 90067
Tel.: (310) 6928883
Email: lesley@portnoylaw.com

*Additional Counsel*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 22, 2023, I electronically filed the foregoing document using the CM/ECF system, which will send notice of this filing to the counsel of record.

/s/ Cullin A. O'Brien
Cullin Avram O'Brien

3