# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA (ORLANDO DIVISION)

|  |  |  |
|---|---|---|
| | ) | |
| MICHAEL EDGE, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | No. 6:22-cv-1518-RBD-LHP |
| | ) | |
| vs. | ) | Judge Roy B. Dalton, Jr. |
| | ) | Magistrate Judge Leslie Hoffman |
| TUPPERWARE BRANDS CORPORATION, MIGUEL FERNANDEZ, and CASSANDRA HARRIS, | ) ) ) ) | Price |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS

Defendants Tupperware Brands Corporation, Miguel Fernandez, and Cassandra Harris (collectively, "Defendants"), respectfully submit this Notice of Supplemental Authority in Support of the Motion to Dismiss Plaintiffs' First Amended Class Action Complaint (ECF No. 56) pursuant to Middle District of Florida Local Rule 3.01(i).

The recently decided case *San Antonio Fire & Police Pension Fund v. Syneos Health Inc.*, --- F.4th ---, 2023 WL 4688178 (4th Cir. July 24, 2023) supports the arguments made on page 21, lines 12–21, page 22, lines 1–7, and page 24, lines 5–17 of Defendants' Motion to Dismiss. *See* 2023 WL 4688178,

at *7 (stating that plaintiffs "raised no inference of scienter," in contrast with the "more compelling" competing inference that "Defendants made optimistic projections that didn't pan out"); *id.* (holding that that the competing inference is more compelling "because Defendants explicitly based their projections on assumptions that did not materialize").

Dated:  August 7, 2023

Respectfully submitted,

*/s/ Ian M. Ross*
James W. Ducayet (IL Bar No. 6236997)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:   (312) 853-7036
Email:  jducayet@sidley.com

Ian M. Ross (Bar No. 091214)
SIDLEY AUSTIN LLP
1001 Brickell Bay Drive, Suite 900
Miami, FL  33131
Telephone: (305) 391-5100
Facsimile: (305) 391-5101
Email:  iross@sidley.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2023, I electronically filed the foregoing document using the CM/ECF system, which will send notice of this filing to the counsel of record for Plaintiff.

/s/ Ian M. Ross
Ian M. Ross