## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

MICHAEL EDGE, MICHAEL J.
DENNEHY and RALPH ESTEP,

     Plaintiffs,

v.

                                       Case No:  6:22-cv-1518-RBD-LHP

TUPPERWARE BRANDS
CORPORATION, MIGUEL
FERNANDEZ and CASSANDRA
HARRIS,

     Defendants.

_____

## ORDER

Before the Court is the parties' Case Management Report (Doc. 92).  The report indicates that the parties have not yet agreed upon a mediator.  Therefore, the parties are directed to confer, and then advise the Court, on the selection of a mediator no later than **December 8, 2023**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 27, 2023.



ROY B. DALTON, JR.
United States District Judge