**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| MICHAEL EDGE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TUPPERWARE BRANDS CORPORATION, MIGUEL FERNANDEZ, and CASSANDRA HARRIS,<br><br>Defendants. | Case No. 6:22-cv-1518-RBD-LHP |

**DECLARATION OF CULLIN O'BRIEN IN SUPPORT OF CO-PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS
REPRESENTATIVES, AND APPOINTMENT OF CLASS COUNSEL**

I, Cullin O'Brien, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.    I am a partner of the law firm of Cullin O'Brien Law, P.A., liaison counsel for the Court-appointed Lead Counsel in this action. I am personally involved in the representation of Plaintiffs and the putative class, and submit this declaration in support of Co-Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel.  I have personal knowledge of the matters set forth herein.

2.    Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Zachary Nye, Ph.D.

1

3.    Attached hereto as Exhibit B is a declaration from Co-Lead Plaintiff and proposed class representative Ralph Estep.

4.    Attached hereto as Exhibit C is a declaration from Co-Lead Plaintiff and proposed class representative Michael J. Dennehy.

5.    Attached hereto as Exhibit D is a declaration from Plaintiff and proposed class representative Michael Edge.

6.    Attached hereto as Exhibit E is the firm resume for Pomerantz LLP.

7.    Attached hereto as Exhibit F is the firm resume for Levi & Korsinsky, LLP.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of February in Fort Lauderdale, FL.

*/s/ Cullin O'Brien*
Cullin O'Brien

2