## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA (ORLANDO DIVISION)

|  |  |
|---|---|
| MICHAEL EDGE, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) ) |
| Plaintiff, | ) No. 6:22-cv-1518-RBD-LHP ) |
| vs. | ) Judge Roy B. Dalton, Jr. ) Magistrate Judge Leslie Hoffman |
| TUPPERWARE BRANDS CORPORATION, MIGUEL FERNANDEZ, and CASSANDRA HARRIS, | ) Price ) ) ) ) |
| Defendants. | ) ) ) |

### INDEX OF EXHIBITS TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, AND APPOINTMENT OF CLASS COUNSEL

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Michael Edge's Investment Account Statements (EDGE000001) |
| 2 | Excerpts of Michael Edge's Deposition Transcript (Apr. 9, 2024) |
| 3 | *In Re Estep*, Case No. 04-08-07 (Del. Bd. Acct. Sept. 16, 2009) |
| 4 | *In Re Estep*, No. 04-04-09 (Del. Bd. Acct. July 20, 2011) |
| 5 | Excerpts of Ralph V. Estep, Sr.'s Deposition Transcript (Apr. 17, 2024) |
| 6 | Excerpts of Michael J. Dennehy's Deposition Transcript (Apr. 10, 2024) |

1

| EXHIBIT | DESCRIPTION |
| --- | --- |
| 7 | *The Ralph V. Estep Firm and Ralph V. Estep, Respondents*, Investor Protection Matter No. 22-0044 (Del. IPU, Jul. 20, 2022) |
| 8 | *In re Estep*, 931 A.2d 1006 (Del. 2006) |
| 9 | *In re Estep*, 933 A.2d 763 (Del. 2007) |
| 10 | *Estep v. Bd. of Acct.*, 2012 WL 5432367 (Del. Super. Ct. Oct. 2, 2012) |
| 11 | *In Re Ralph Estep Unlicensed Practice*, No. 04-01-12 (Del. Bd. Acct. Jan. 16, 2013) |
| 12 | Ralph Estep's Response to Interrogatory No. 1 and Verification (Feb. 14, 2024) |
| 13 | Michael Ward's Assignment (ESTEP000013) |
| 14 | Michael Dennehy's E*TRADE Statement (DENNEHY000014) |