# EXHIBIT 1

**Fidelity**
INVESTMENTS®

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: February 9, 2022**

Page 1 of 1

Brokerage Account Number
**ROTH IRA**

**MICHAEL H EDGE**

0100018804

FMTC CUSTODIAN - ROTH IRA
FBO MICHAEL H EDGE
1004 TEAL RIDGE LN
KINGFISHER OK 73750-3840

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22040-XY8G4O | 1* | WO# | 02-09-22 | 02-11-22 | 899896104 | 22040-HCJ2K | | |

| | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|
| You Bought | TUPPERWARE BRANDS CORP | Principal Amount | 203.94 |
| 11 | WE HAVE ACTED AS AGENT. | Settlement Amount | 203.94 |
| at 18.5400 | PARTIAL EXECUTION | | |
| Symbol: | | | |
| TUP | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22040-16NQYU | 1* | WO# | 02-09-22 | 02-11-22 | 899896104 | 22040-HCJ2K | | |

| | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|
| You Bought | TUPPERWARE BRANDS CORP | Principal Amount | 18,337.74 |
| 989 | WE HAVE ACTED AS AGENT. | Settlement Amount | 18,337.74 |
| at 18.5417 | PARTIAL EXECUTION | | |
| Symbol: | | | |
| TUP | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                0100018804

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO MICHAEL H EDGE
1004 TEAL RIDGE LN
KINGFISHER OK 73750-3840

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If you are eligible to make a deposit, please use this form for investments in your brokerage account ▉▉▉▉ only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

CONFIDENTIAL                EDGE000001



**INVESTMENTS** ®

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: February 9, 2022**

Page 1 of 1

Brokerage Account Number
**INDIVIDUAL - TOD**

**MICHAEL H EDGE**

0100018804

MICHAEL H EDGE
1004 TEAL RIDGE LN
KINGFISHER OK 73750-3840

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22040-R7Z8XA | 1* | WO# | 02-09-22 | 02-11-22 | 899896104 | 22040-GWF7H | | |

DESCRIPTION and DISCLOSURES

You Bought
        1,000
   at   18.1552
Symbol:
TUP

TUPPERWARE BRANDS CORP
WE HAVE ACTED AS AGENT.

Principal Amount   18,155.20
Settlement Amount   18,155.20

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

0100018804

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MICHAEL H EDGE
1004 TEAL RIDGE LN
KINGFISHER OK 73750-3840

If you are eligible to make a deposit, please use this form for
investments in your brokerage account ▓▓▓▓▓ only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

CONFIDENTIAL

EDGE000002



**PO Box 28019**
**Albuquerque, NM 87125-8019**

**Transaction Confirmation**
**Confirm Date: February 9, 2022**

Page 1 of 3

Brokerage Account Number
**IRA - ROLLOVER**

**MICHAEL H EDGE**

FMT CO CUST IRA ROLLOVER
FBO MICHAEL H EDGE
1004 TEAL RIDGE LN
KINGFISHER OK 73750-3840

| | | |
|---|---|---|
| Online | | |
| FAST®-Automated Telephone | | |
| Customer Service | | |

| | |
|---|---|
| Fidelity.com | |
| 800-544-5555 | |
| 800-544-6666 | |

0100018804

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22040-J2WYSI | 1* | WO# | 02-09-22 | 02-11-22 | 899896104 | 22040-GW50W | | |

You Bought 1,955
at 18.2400
Symbol:
TUP

DESCRIPTION and DISCLOSURES
TUPPERWARE BRANDS CORP
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount    35,659.20
Settlement Amount   35,659.20

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22040-LWBRCO | 1* | WO# | 02-09-22 | 02-11-22 | 899896104 | 22040-GW50W | | |

You Bought 2
at 18.1700
Symbol:
TUP

DESCRIPTION and DISCLOSURES
TUPPERWARE BRANDS CORP
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount    36.34
Settlement Amount   36.34

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

0100018804

FMT CO CUST IRA ROLLOVER
FBO MICHAEL H EDGE
1004 TEAL RIDGE LN
KINGFISHER OK 73750-3840

If you are eligible to make a deposit, please use this form for investments in your brokerage account ▮▮▮▮ only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

CONFIDENTIAL

EDGE000003

Transaction Confirmation
Confirm Date: February 9, 2022

Brokerage Account Number
█████████ - ROLLOVER

**MICHAEL H EDGE**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22040-SFGC0U | 1* | WO# | 02-09-22 | 02-11-22 | 899896104 | 22040-GW50W | | |

DESCRIPTION and DISCLOSURES
TUPPERWARE BRANDS CORP
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

You Bought 400 at 18.1400

Symbol: TUP

Principal Amount 7,256.00
Settlement Amount 7,256.00

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22040-XXW31A | 1* | WO# | 02-09-22 | 02-11-22 | 899896104 | 22040-GW50W | | |

DESCRIPTION and DISCLOSURES
TUPPERWARE BRANDS CORP
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

You Bought 40 at 18.1900

Symbol: TUP

Principal Amount 727.60
Settlement Amount 727.60

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22040-24YZLA | 1* | WO# | 02-09-22 | 02-11-22 | 899896104 | 22040-GW50W | | |

DESCRIPTION and DISCLOSURES
TUPPERWARE BRANDS CORP
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

You Bought 146 at 18.1600

Symbol: TUP

Principal Amount 2,651.36
Settlement Amount 2,651.36

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

0100018804

**REMITTANCE COUPON**

CONFIDENTIAL

EDGE000004

Transaction Confirmation
Confirm Date: February 9, 2022

Brokerage Account Number
████████ - ROLLOVER

MICHAEL H EDGE

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22040-7LTH8O | 1* | WO# | 02-09-22 | 02-11-22 | 899896104 | 22040-GW50W | | |

You Bought 700 at 18.1800

DESCRIPTION and DISCLOSURES
TUPPERWARE BRANDS CORP
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Symbol: TUP

Principal Amount 12,726.00
Settlement Amount 12,726.00

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22040-8682CA | 1* | WO# | 02-09-22 | 02-11-22 | 899896104 | 22040-GW50W | | |

You Bought 75 at 18.2000

DESCRIPTION and DISCLOSURES
TUPPERWARE BRANDS CORP
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Symbol: TUP

Principal Amount 1,365.00
Settlement Amount 1,365.00

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22040-9FY3PA | 1* | WO# | 02-09-22 | 02-11-22 | 899896104 | 22040-GW50W | | |

You Bought 310 at 18.1500

DESCRIPTION and DISCLOSURES
TUPPERWARE BRANDS CORP
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Symbol: TUP

Principal Amount 5,626.50
Settlement Amount 5,626.50

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22040-9317RE | 1* | WO# | 02-09-22 | 02-11-22 | 899896104 | 22040-GW50W | | |

You Bought 1,071 at 18.2200

DESCRIPTION and DISCLOSURES
TUPPERWARE BRANDS CORP
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Symbol: TUP

Principal Amount 19,513.62
Settlement Amount 19,513.62

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22040-96NPBE | 1* | WO# | 02-09-22 | 02-11-22 | 899896104 | 22040-GW50W | | |

You Bought 301 at 18.2100

DESCRIPTION and DISCLOSURES
TUPPERWARE BRANDS CORP
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Symbol: TUP

Principal Amount 5,481.21
Settlement Amount 5,481.21

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

0100018804

CONFIDENTIAL