# EXHIBIT 2

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

CASE NO.: 6:22-cv-1518-RBD-LHP

Judge Roy B. Dalton, Jr.

Magistrate Judge Leslie Hoffman Price

MICHAEL EDGE, Individually and

On Behalf of All Others

Similarly Situated

    Plaintiffs,

vs.

TUPPERWARE BRANDS CORPORATION,

MIGUEL FERNANDEZ, and CASSANDRA HARRIS,

    Defendant.

_____/

DEPOSITION OF:      MICHAEL EDGE

DATE:               TUESDAY, APRIL 9, 2024

TIME:               10:06 A.M. - 2:55 P.M.

PLACE:              VIA ZOOM

STENOGRAPHICALLY

REPORTED BY:        SHOSHANA KRAMER, RPR, CRR

CONFIDENTIAL

Page 47

get back.

Q.   What does a sure play mean?

A.   A short period of time.  I would watch it for, if it went up, it was, in my view, it was a technical play, the stock could go um or down at that particular moment and it did not go up, it went down.  So I sold it all.

Q.   How much stock did you purchase in April 2023?

A.   To the best of my memory, it's around maybe 12,000 shares.

Q.   And what was the stock price at that moment or that day?

A.   2.49.

Q.   And then you sold those shares and all the original shares purchased on or around April 6, 2023?

A.   Yeah, 6 or 7 days later that the stock dropped, and a lot lower than what I thought it would.  It went from 249 to 149 and that's a big jump considering the price of the stock, so I was done at that point.

Q.   So in this lawsuit are you trying to recover your losses for the purchases that you made in April 2023 at 2.49 even though you also sold those at a loss?

A.   No, that was just a desperation type move.

Q.   And what, if anything, in the law, news or

CONFIDENTIAL

Page 48

elsewhere caused you to believe that there was a

technical or short play to make in early April 2023?

    A.   I don't recall what it was.  My wife and I

discussed it.  Like a chart and volume and indicators

and it seemed like it was getting ready to have a little

momentum at that point.

    Q.   How often do you make short plays or momentum

based plays when you are buying or selling securities?

    A.   I don't do short trade.  Short time trades.

    Q.   Okay but you did so here, correct?

    A.   What was that?

    Q.   You did so, the stock trade you were just

referencing in early April that was what you described

as a short play, correct?

    A.   It was a short trade, desperation trade, just

trying to get ahead a couple of dollars, $0.50, whatever

I could get.

    Q.   You can't recall other circumstances where

you've made a similar short trade to capture a momentum

in a stock?

    A.   No, that was the first time.

    Q.   We've used a couple of terms here, Mr. Edge,

and I want to make sure I understand them correctly.  Do

you know what a security is?

    A.   It's basically a stock.

CONFIDENTIAL

Page 53

lawsuit in June 2022; is that right?

A.   June 14th, I think I said.

Q.   Okay so June 14, 2022.  Do you believe that the allegations since then have been changed at all in that case or do you believe that sitting here today the allegations against Tupperware Mr. Fernandez and Ms. Harris are the same as what was alleged on June 14, 2022?

MR. WERNKE:  Objection to form.

MR. ROSS:  You could answer, Mr. Edge.

A.   I think it's the same.

Q.   Have you ever heard the term class period?

A.   Yes.

Q.   What does that mean?

A.   That's the period of time that the class action suit refers to and is the time when stock was purchased under those days.

Q.   Do you know what the class period was in the lawsuit that you filed in June 2022?

A.   Yes, May 5, 2021, to May 4, 2022.

Q.   Do you know whether that class period has changed at any point during the litigation since June 2022?

A.   No, I don't believe it has.

Q.   Do you know when Mr. Dennehy filed a lawsuit in

CONFIDENTIAL

Page 55

MR. WERNKE:  Yes.

Q.    We'll just do screen share for now because that's the only technology I know how to use.

(Exhibit Number 1 was marked for identification.)

All right, Mr. Edge, I'm showing you what we'll have marked as Exhibit 1.  As you can see, this is a multipage document.  If you need me to scroll to any specific page just let me know.  Have you seen this document before?

A.    Yes.

Q.    Okay.  This is the lawsuit that you filed against Tupperware, Mr. Fernandez and Ms. Harris, correct?

A.    Correct.

Q.    You can see the date up top, it says filed June 14th, 2022?

A.    Yes.

Q.    Do you recall the first time Mr. Edge you saw this document whether it was in draft or final form?

MR. WERNKE:  Objection to form.

A.    I'm not sure when I first saw it.

Q.    Do you believe you ever saw a version of this document prior in June 14, 2022?

A.    No, I did not see it prior to that point.

CONFIDENTIAL

Page 60

Q.   Did you have any involvement in the preparation of the document?

A.   No.

Q.   Did you make any revisions to the document before it was filed?

A.   No.

Q.   Did you perform any of your own investigation to determine whether or not what was being alleged in this complaint was accurate?

A.   Would you rephrase that question?

Q.   Did you perform any of your own investigation to determine whether what was being alleged in this complaint was accurate?

A.   I'm not sure what you mean by investigation.

Q.   Aside from reading the document, did you do any work or look at any documents or speak to anyone other than your attorneys to determine whether or not what was being alleged in the first 22 pages here was accurate?

A.   I did not.

Q.   And just as an example, Mr. Edge, you can see that beginning at paragraph 19 on page 5, and then continuing over the next eight to ten pages, can you see there's a series of experiments from Tupperware filings and statements regarding those filings?

A.   Yes.

CONFIDENTIAL

Page 65

one of this document and it carries over to page 2.  Can you see that?

A.   I see it.

Q.   And if you look here it says, feel free to review the whole paragraph, I'm just going to read the first two and a half lines.  Quote:  This is a Federal securities class action on behalf of a class consisting of all persons and entities other than defendants that purchased or otherwise acquired Tupperware securities between November 3rd, 2021, and May 3rd, 2022.  Both dates inclusively, and then you can see there's a definition for the class period, do you see that?

A.   I do.

Q.   Is that consistent with what your understanding of the class period is in that case?

A.   What I considered the class period June 5th of 2021 to May 4, 2022.

Q.   Do you know why the class period in this document begins on November 3rd, 2021?

A.   I really don't, I just left that up to my lawyers.

Q.   The statement that -- strike that Mr. Edge I'm going to start that question again?  On page 5 you can see there's a section that begins, material false and misleading statements issued during the class period,

CONFIDENTIAL

Page 66

can you see that?

A.   I see it.

Q.   Can you see that beginning to paragraph 19, it begins discussing certain statements that began on November 3rd, 2021.  Do you see that?

A.   I see it.

Q.   Did you ever review any of the statements that Tupperware had made in this complaint that were made prior to when you invested in February of 2022?

A.   I did not.

Q.   So Mr. Edge after this case was filed in June 2022, what, if anything, did you do to stay aware of and be involved in the lawsuit?

A.   I'd like to you repeat that question, please.

Q.   After this case was filed, in June 14th, 2022, did you have any continuing involvement in the lawsuit?

A.   Yes, I communicated with my attorneys on numerous occasions on a continued basis.

Q.   You said numerous occasions.  Let's focus specifically on the period from June 2022 to the end of 2022.  Okay?

A.   Okay.

Q.   How often do you think you talked to your attorneys during that 6- to 7-month period?

A.   I don't have an exact number of times, I'm

Page 69

Q.   Is it your belief that you were a plaintiff in all of the versions of the class action complaint that were filed in this case?

A.   I was added at a later date, I know that.

Q.   Do you know whether you were taken out at that point?

A.   Repeat that question.

Q.   Do you know whether you were taken out of the complaint at some point?

A.   Oh, no, I was not.  I was never taken out of the complaint.

Q.   Mr. Edge, I scrolled down to page 7 of this document, can you see that, page 7, here?

A.   Yes.

Q.   If you look at the first line it says, plaintiffs Michael J. Dennehy and Ralph Estep bring this action pursuant to, and then it lists different laws and then it mentions Tupperware there.  Do you see that?

A.   Yes.

Q.   And Mr. Dennehy and Mr. Estep those are the two individuals that you mentioned earlier there, right?

A.   Correct.

Q.   Do you know why you are not listed as one of the plaintiffs here?

A.   I wasn't a plaintiff at that particular time.

CONFIDENTIAL

A.    Yes.

Q.    And you see that the complaint alleges, according to a confidential witness, you see that?

A.    Yes.

Q.    Take your time to read all of that as you want, Mr. Edge, as much as of the document as you want.

A.    Okay, I've read that page.

Q.    So, Mr. Edge, do you see the reference that I've highlighted to a confidential witness?

A.    Yes.

Q.    And do you know who that witness is that's referenced there?

A.    I do not.

Q.    I just scrolled down Mr. Edge to page 14, can you see that there's a paragraph that begins paragraph 25?

A.    Yes.

Q.    And do you see it appears under discussion of relevant non parties?

A.    Yes.

Q.    And there's a reference there to CW1, do you see that?

A.    Yes.

Q.    Do you know who that is?

A.    I do not.

CONFIDENTIAL

Page 79

Q.   It says that CW1 was employed at Tupperware as demand planning and S&OP, sales and operations planning, manager for the United States and Canada between February of 2019 and June 2022.  Do you see that?

A.   I see this it.

Q.   Have you ever spoken to any confidential witness in this case?

A.   No.

Q.   Have you ever reviewed any interview notes or summaries of any discussions of any confidential witness in this case?

A.   No.

Q.   Have you ever heard of any recordings of any statements made by any confidential witness in this case?

A.   No.

Q.   Do you have any understanding as to whether any confidential witnesses in this case would have been compensated for their participation in the lawsuit?

A.   I do not.

Q.   When you reviewed this document, did you do anything to determine whether the statements made by a confidential witness or CW1 were accurate?

A.   I did not.

Q.   Do you know whether they're accurate?