# EXHIBIT 8

931 A.2d 1006 (Table)
Unpublished Disposition
(The decision of the Court is referenced
in the Atlantic Reporter in a 'Table of
Decisions Without Published Opinions.')
Supreme Court of Delaware.

In the MATTER OF Ralph V. ESTEP, Respondent.

No. 434, 2006.
|
UPL No. 05-01.
|
Submitted: Oct. 18, 2006.
|
Decided: Oct. 30, 2006.

Before STEELE, Chief Justice, HOLLAND and BERGER, Justices.

### *ORDER*

MYRON T. STEELE, Chief Justice.

 **\*1**  This 30th day of October 2006, it appears to the Court that the Board on the Unauthorized Practice of Law filed a report on July 31, 2006, indicating its approval and acceptance of "Admitted Facts and Admissions of Conduct Constituting the Unauthorized Practice of Law" that was jointly executed by the Respondent, his counsel, and the Office of Disciplinary Counsel.

NOW, THEREFORE, IT IS ORDERED that the Board's report, as supported by the duly executed "Admitted Facts and Admissions of Conduct Constituting the Unauthorized Practice of Law," is hereby APPROVED. This order terminates the proceedings related to the matters that gave rise to the complaint in this case.

The Respondent is directed to cease and desist the unauthorized practice of law immediately. The Office of Disciplinary Counsel is directed to take any action that is necessary to enforce this Court's Order on an expedited basis.

**All Citations**

931 A.2d 1006 (Table), 2006 WL 3062763

---

**End of Document**

© 2024 Thomson Reuters. No claim to original U.S. Government Works.