# EXHIBIT 12

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

<table>
<tr>
<td>

MICHAEL EDGE, Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

v.

TUPPERWARE BRANDS CORPORATION, MIGUEL FERNANDEZ, and CASSANDRA HARRIS,

      Defendants.

</td>
<td>

Case No. 6:22-cv-1518-RBD-LHP

</td>
</tr>
</table>

## CO-LEAD PLAINTIFF RALPH ESTEP'S RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST SET OF INTERROGATORIES

1

the needs of the case. Plaintiff objects to Instruction No. 5 to the extent that it seeks information "dated outside of the Relevant Period" without limitation to timing, scope, or relevance to the claims or defenses at issue in this Action, and as such, is not proportionate to the needs of this case. Plaintiff also objects to Instruction No. 5 to the extent that the phrase "necessary for a complete understanding" is vague, ambiguous, and not otherwise defined.

11.    Plaintiff objects to Instruction No. 6 to the extent that it purports the ESI Protocol applies to matters beyond governing how the parties to this Action "manage discovery of electronically stored information ('ESI')[,]" including Plaintiff's responses and objections to these Requests.

## SPECIFIC ANSWERS AND OBJECTIONS
## <u>TO THE INTERROGATORIES</u>

<u>INTERROGATORY NO. 1</u>

Identify all of Your transactions in Tupperware Securities at any time from March 1, 2020 to the present, including:

a) The date on which each such transaction took place;

b) The price you paid or received for Tupperware Securities for each such transaction;

c) The identity of every Person involved in making the decision to enter into each such transaction and their respective roles and involvement with respect to each such transaction;

d) Information considered, reviewed, or relied upon by You or any Person on Your behalf in making the decision to enter into each such transaction and;

e) The identity of the account(s) in which each such transaction took place.

RESPONSE TO INTERROGATORY NO. 1

Plaintiff incorporates the General Objections and Objections to Definitions and Instructions as though set forth fully herein. Plaintiff objects further to this Interrogatory to the extent it requires the production of information that has already been provided in the filings in this litigation (*see e.g.*, ECF Nos. 17-2, 17-4, and 55) and, as a result, is readily obtainable by Defendants through other means (if not already in their possession), duplicative and unduly burdensome. Plaintiff further objects to this Interrogatory to the extent that it calls for information that is duplicative and cumulative of Request No. 1 of Defendants' First Set of Requests for Production of Documents.

Plaintiff also objects to this Interrogatory to the extent it seeks documents or information outside of the Class Period in this Action and the statutory 90-day lookback period set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and therefore is irrelevant to the claims and defenses at issue in the Action. Plaintiff responds to this Interrogatory concerning transactions in Tupperware securities occurring from May 5, 2021, the first day of the alleged class period, through August 1, 2022, the last day of the PSLRA 90-day lookback period.

Further, Plaintiff objects to the terms "involved," "respective roles" and "involvement" insofar as those terms are vague, ambiguous, and undefined. Plaintiff objects insofar as this Interrogatory calls for him to identify

13

information or materials that are unknown to him or not in his custody or control. Plaintiff further objects to this Interrogatory as overly broad and unduly burdensome to the extent it requests Plaintiff or "any Person on [Plaintiff's] behalf" to recreate work performed years ago. Plaintiff will respond to this interrogatory to the extent that his answer will help clarify what the issues in the case are, improve the focus of discovery, and prevent discovery excesses.

Subject to and without waiver of the foregoing objections, Plaintiff responds to this Interrogatory by referring Defendants to Plaintiffs' brokerage statements and as follows:

| Account | Date | Nature | Type | Amount | Price |
|---|---|---|---|---|---|
| Michael J. Dennehy | 11/4/2021 | Buy | Common Stock | 20,000 | $18.80 |

| Account | Date | Nature | Type | Amount | Price |
|---|---|---|---|---|---|
| Ralph Estep | 11/3/2021 | Buy | Common Stock | 4,300 | $19.36 |
| | 11/3/2021 | Buy | Common Stock | 1,700 | $19.3599 |
| | 11/3/2021 | Buy | Common Stock | 10,000 | $19.84 |
| | 11/3/2021 | Buy | Common Stock | 8,000 | $19.45 |
| | 11/3/2021 | Buy | Common Stock | 963 | $19.07 |

14

| | 11/4/2021 | Buy | Common Stock | 10,000 | $18.80 |
|---|---|---|---|---|---|
| | 11/5/2021 | Buy | Common Stock | 6,000 | $18.05 |
| | 12/28/2021 | Buy | Common Stock | 27 | $15.26 |
| | 12/28/2021 | Buy | Common Stock | 10 | $15.22 |
| | 12/31/2021 | Sell | Common Stock | 44,488 | $15.30 |
| | 12/31/2021 | Sell | Common Stock | 300 | $15.32 |
| | 12/31/2021 | Sell | Common Stock | 212 | $15.31 |

| Account | Date | Nature | Type | Amount | Price |
|---|---|---|---|---|---|
| Michael Ward | 7/19/2021 | Buy | Common Stock | 300 | $19.4100 |

Plaintiff also responds that, with respect to the transactions identified above, Plaintiff acted as an investment manager and executed the transactions.

INTERROGATORY NO. 2

Identify any third-party investment, financial, or other advisors or managers who had any role or responsibility for engaging in, managing, or monitoring investments in Tupperware Securities by You or on Your behalf, or who provided You with any information relating to, analysis or evaluation of, or

15

DATED: February 15, 2024                    **POMERANTZ LLP**

*/s/ Michael J. Wernke*
Jeremy A. Lieberman (admitted *pro hac vice*)
Michael Wernke (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Tel.: (212) 661-1100
Fax: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: mjwernke@pomlaw.com

**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (*pro hac vice*)
Gregory M. Potrepka (*pro hac vice*)
Morgan M. Embleton (*pro hac vice*)
Nicholas Lange (*pro hac vice*)
Rachel Berger (pro hac vice)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Email: shopkins@zlk.com
Email: gpotrepka@zlk.com
Email: membleton@zlk.com
Email: nlange@zlk.com
Email: rberger@zlk.com

*Co-Lead Counsel for Plaintiffs and the Class*

**CULLIN O'BRIEN LAW, P.A.**
Cullin Avram O'Brien
6541 NE 21st Way
Ft. Lauderdale, FL 33308
Tel: (561) 676-6370
Email: cullin@cullinobrienlaw.com

*Liaison Counsel for Plaintiffs and the Class*

36

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Tel.: (212) 667-6484
Fax: (212) 667-7296
Email: peretz@bgandg.com

*Additional Counsel for Plaintiff Ralph Estep*

**PORTNOY LAW FIRM**
Lesley F. Portnoy, Esq.
1800 Century Park East, Suite 600
Los Angeles, California 90067
Telephone: (310) 692-8883
lesley@portnoy.com

*Additional Counsel for Plaintiff Michael Edge*

## CERTIFICATE OF SERVICE

I  hereby certify that on this 15th day of February 2024, I served a true and accurate copy of the foregoing by electronic mail upon all counsel of record as follows:

| NAME | FIRM | EMAIL |
|---|---|---|
| Ian M. Ross | Sidley Austin LLP 1101 Brickell Bay Suite 900 Miami, FL 33131 305-391-5218 | iross@sidley.com |
| James W. Ducayet Jennifer M. Wheeler | Sidley Austin LLP One South Dearborn Street Chicago, IL 60603 312-853-7000 Fax: 312-853-7036 | jducayet@sidley.com jwheeler@sidley.com |
| Nicholas Primer Crowell | Sidley Austin LLP 787 7th Avenue New York, NY 10019 212-839-5300 | ncrowell@sidley.com |

**COUNSEL FOR PLAINTIFFS**:

| NAME | FIRM | EMAIL |
|---|---|---|
| Cullin Avram O'Brien | CULLEN O'BRIEN LAW, P.A. 6541 NE 21st Way Ft. Lauderdale, FL 33308 Tel: (561) 676-6370 | cullin@cullinobrienlaw.com |
| Shannon L. Hopkins Adam M. Apton Morgan M. Embleton Nicholas R. Lange Rachel Berger | LEVI & KORSINSKY, LLP 1111 Summer Street, Suite 403 Stamford, CT 06905 Tel: (203) 992-4523 Fax: (212) 363-7171 | shopkins@zlk.com aapton@zlk.com membleton@zlk.com nlange@zlk.com rberger@zlk.com |
| Jeremy A. Lieberman Thomas H. Przybylowski | POMERANTZ LLP 600 Third Avenue, 20th Floor | jalieberman@pomlaw.com ahood@pomlaw.com tprzybylowski@pomlaw.com |

38

| Michael Wernke | New York, NY 10016<br>Tel.: (212) 661-1100<br>Fax: (212) 661-8665 | mjwernke@pomlaw.com |
|---|---|---|
| Peretz Bronstein | BRONSTEIN, GEWIRTZ<br>& GROSSMAN, LLC<br>60 East 42nd Street,<br>Suite 4600<br>New York, NY 10165<br>Tel.: (212) 667-6484<br>Fax: (212) 667-7296 | peretz@bgandg.com |
| Lesley F. Portnoy | PORTNOY LAW FIRM<br>1800 Century Park East,<br>Suite 600 Los Angeles,<br>California 90067<br>Tel: (310) 692-8883 | lesley@portnoy.com |

*/s/ Michael J. Wernke*
Michael J. Wernke

## VERIFICATION

I, Ralph Estep, have read Defendants Tupperware Brands Corporation, Miguel Fernandez, and Cassandra Harris' First Set of Interrogatories and the responses to those Interrogatories, which are true according to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Wilmington, Delaware on February 15, 2024.

_____
Ralph Estep

40