# EXHIBIT 14



## E✳TRADE Securities

**Investment Account**

# TRADE CONFIRMATION

**Account Number:** XXXX- Redacted

**Account Name:**

MICHAEL DENNEHY
IRA E*TRADE CUSTODIAN

E✳TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Customer Update**

Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/04/21 | 11/08/21 | 6 1 | TUP | BUY | 20,000 | $18.80 | Cash | PRINCIPAL | | $376,000.00 |
| **TUPPERWARE BRANDS CORPORATION** | | | | | | | | **NET AMOUNT** | | **$376,000.00** |

---

▲ DETACH HERE

MICHAEL DENNEHY
IRA E*TRADE CUSTODIAN

**Redacted**

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484

DETACH HERE ▲

**Use This Deposit Slip**    **Acct: XXXX-** Redacted

To contribute to your IRA, please use our online Transfer Money service at www.etrade.com/transfermoney or this deposit slip.

Check Amount $ _____
Year of Contribution:
_____    2021
_____    Rollover

110420210001    Redacted

CONFIDENTIAL

DENNEHY000014