**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| MICHAEL EDGE, Individually and on Behalf of All Others Similarly Situated, Plaintiff, v. TUPPERWARE BRANDS CORPORATION, MIGUEL FERNANDEZ, and CASSANDRA HARRIS, Defendants. | Case No. 6:22-cv-1518-RBD-LHP |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Co-Lead Plaintiffs Michael J. Dennehy and Ralph Estep, and additional Plaintiff Michael Edge (collectively, "Plaintiffs"), hereby give notice, pursuant to Local Rule 3.01(i), of:

1.    An order dated August 13, 2024 by the Honorable Virginia M. Hernandez Covington in the United States Court for the Middle District of Florida granting a motion for class certification filed in *Sihler et al. v. Global E-Trading, LLC et al.*, No. 8:23-cv-1450-VMC-JSS, 2024 WL 3771717 (M.D. Fla. Aug. 13, 2024) ("*Sihler*").

2.    The *Sihler* decision supplements arguments regarding Plaintiffs' adequacy found at Section II.D., pages 8-11, of Co-Lead Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel (ECF 103), and at Section II, pages 6-10, of Co-Lead Plaintiffs' Reply Memorandum of Law in Support of Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel (ECF 119).

1

3.      Citation: *Sihler*, 2024 WL 3771717 at *7 (critiques of plaintiffs' credibility due to testimonial "discrepancies," and of plaintiffs' knowledge of the case, "do not establish that they are inadequate class representatives.") (citing cases).

Dated: August 26, 2024          Respectfully submitted,

By:   *Cullin Avram O'Brien*
Cullin Avram O'Brien
**CULLIN O'BRIEN LAW, P.A.**
6541 NE 21st Way
Ft. Lauderdale, FL 33308
Tel: (561) 676-6370
Email: cullin@cullinobrienlaw.com

*Liaison Counsel for Plaintiffs and the Class*

Shannon L. Hopkins*
Gregory M. Potrepka*
Morgan M. Embleton*
P. Cole von Richthofen*
**LEVI & KORSINSKY, LLP**
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Fax: (212) 363-7171
Email: shopkins@zlk.com
Email: gpotrepka@zlk.com
Email: membleton@zlk.com
Email: cvrichthofen@zlk.com

Jeremy A. Lieberman*
Michael Wernke*
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, NY 10016
Tel.: (212) 661-1100
Fax: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: mjwernke@pomlaw.com

2

*Co-Lead Counsel for Plaintiffs and the Class*


**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Tel.: (212) 667-6484
Fax: (212) 667-7296
Email: peretz@bgandg.com

*Additional Counsel for Plaintiff Ralph Estep*

**THE PORTNOY LAW FIRM**
Lesley F. Portnoy
1800 Century Park East Suite 600
Los Angeles, CA 90067
Tel.: (310) 6928883
Email: lesley@portnoylaw.com

*Additional Counsel*

*\*Pro hac vice* forthcoming or submitted

3