**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| MICHAEL EDGE, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>v.<br><br>TUPPERWARE BRANDS CORPORATION, MIGUEL FERNANDEZ, and CASSANDRA HARRIS,<br><br>          Defendants. | No. 6:22-cv-1518-RBD-LHP<br><br>Judge Roy B. Dalton, Jr.<br>Magistrate Judge Leslie Hoffman Price |

**NOTICE OF SUGGESTION OF PENDENCY OF
BANKRUPTCY AND AUTOMATIC STAY OF PROCEEDINGS**

PLEASE BE ADVISED that, on September 17, 2024, Defendant Tupperware Brands Corporation (the "**Debtor**") commenced a bankruptcy case in the United States Bankruptcy Court for the District of Delaware  by filing a voluntary petition for chapter 11 relief under title 11 of the United States Code, 11 U.S.C. §§ 101-1532, *et seq.* (the "**Bankruptcy Code**").  The Debtor's chapter 11 case (the "**Chapter 11 Case**") is now pending before the Honorable Brendan Linehan Shannon, United States Bankruptcy Judge for the District of Delaware, under the caption *In re: TUPPERWARE BRANDS*

1

*CORPORATION, et al.*, Case No. 24-12167.  A copy of the voluntary petition of the Debtor is attached hereto as **Exhibit A**.

PLEASE BE FURTHER ADVISED that pursuant to Section 362 of the Bankruptcy Code, as of the commencement of the Chapter 11 Case, the above-captioned action has been automatically stayed as against the Debtor. Section 362 of the Bankruptcy Code provides, in part, that the filing of a petition to commence a chapter 11 case operates as a stay of "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [the Bankruptcy Code], or to recover a claim against the debtor that arose before the commencement of the case under [the Bankruptcy Code]" and "any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the [bankruptcy] case. . . ." 11 U.S.C. §§ 362(a)(1) & (6).  No order has been entered in the Chapter 11 Cases granting relief from the automatic stay.

Dated: September 20, 2024                    Respectfully submitted,

By: */s/ Ian M. Ross*
Ian M. Ross (Bar No. 091214)
**SIDLEY AUSTIN LLP**
1001 Brickell Bay Drive, Suite 900
Miami, FL 33131

2

Telephone: (305) 391-5100
Email: iross@sidley.com

James W. Ducayet (IL Bar No.
6236997)
Jennifer M. Wheeler (IL Bar No.
6316898)
Abigail Bachrach (IL Bar No.
6337057)
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Email: jducayet@sidley.com
jwheeler@sidley.com
abachrach@sidley.com

*Counsel for Defendants*

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2024, I electronically filed the foregoing document using the CM/ECF system, which will send notice of this filing to all counsel of record.

/s/ Ian M. Ross
Ian M. Ross