# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

|  |  |
|---|---|
| MICHAEL EDGE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TUPPERWARE BRANDS CORPORATION, MIGUEL FERNANDEZ, and CASSANDRA HARRIS,<br><br>Defendants. | Case No. 6:22-cv-1518-RBD-LHP |

## JOINT DECLARATION OF MICHAEL J. WERNKE AND GREGORY M. POTREPKA IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

We, Michael J. Wernke of Pomerantz LLP ("Pomerantz"), and Gregory M. Potrepka of Levi & Korsinsky, LLP ("L&K"), make this Joint Declaration pursuant to 28 U.S.C. § 1746 in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.[1] We declare as follows:

1.     We represent Lead Plaintiffs Michael J. Dennehy and Ralph Estep ("Lead Plaintiffs") and Plaintiff Michael Edge (collectively with Lead Plaintiffs,

---

[1] Unless otherwise defined, all capitalized terms herein have the same meanings set forth in the Stipulation of Settlement, dated April 10, 2025 ("Settlement Stipulation"). Joint Declaration of Michael J. Wernke and Gregory M. Potrepka in Support of Preliminary Approval of Class Action Settlement ("Joint Decl."), Ex. 1.

1

"Plaintiffs").   Our law firms have been appointed Lead Counsel in the above-captioned litigation.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation of Settlement, dated April 10, 2025, (the "Stipulation") entered into by and between Lead Plaintiffs and Defendants Miguel Fernandez and Cassandra Harris (the "Settling Defendants").   Attached as Exhibits to the Stipulation are the following documents:

a. Exhibit A to the Stipulation: [Proposed] Order Preliminarily Approving Settlement and Providing for Notice;

b. Exhibit B to the Stipulation: Notice of Proposed Settlement of Class Action, Motion for Attorneys' Fees and Expenses, and Final Approval Hearing, which Plaintiffs propose to mail to Settlement Class Members;

c. Exhibit C to the Stipulation: Summary Notice of Pendency and Proposed Settlement of Class Action, which Plaintiffs propose to publish;

d. Exhibit D to the Stipulation: Postcard Notice;

e. Exhibit E to the Stipulation: Proof of Claim and Release Form;

f. Exhibit F to the Stipulation: [Proposed] Order and Final Judgment.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the Pomerantz Firm Resume.

4.      Attached hereto as Exhibit 3 is a true and correct copy of the L&K Firm Resume.

5.      Attached hereto as Exhibit 4 is a true and correct copy of *Nera: Recent Trends in Securities Class Action: 2024 Full-Year Review*.

6.      Attached hereto as Exhibit 5 is a true and correct copy of *Cornerstone Research: Securities Class Action Settlements, 2024 Review and Analysis*.

We declare under penalty of perjury that the foregoing is true and correct to the best of our knowledge and belief.

Executed this 14th day of April, 2025.

*/s/Michael J. Wernke*
Michael J. Wernke


*/s/Gregory M. Potrepka*
Gregory M. Potrepka