UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

|  |  |
|---|---|
| MICHAEL EDGE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TUPPERWARE BRANDS CORPORATION, MIGUEL FERNANDEZ, and CASSANDRA HARRIS,<br><br>Defendants. | Case No. 6:22-cv-1518-RBD-LHP |

**JOINT DECLARATION OF MICHAEL J. WERNKE AND GREGORY M. POTREPKA IN SUPPORT OF PLAINTIFFS' RENEWED UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

We, Michael J. Wernke of Pomerantz LLP ("Pomerantz"), and Gregory M. Potrepka of Levi & Korsinsky, LLP ("L&K"), make this Joint Declaration pursuant to 28 U.S.C. § 1746 in support of Plaintiffs' Renewed Motion for Preliminary Approval of Class Action Settlement.[1] We declare as follows:

1.    We represent Lead Plaintiffs Michael J. Dennehy and Ralph Estep ("Lead Plaintiffs") and Plaintiff Michael Edge (collectively with Lead Plaintiffs,

---

[1] Unless otherwise defined, all capitalized terms herein have the same meanings set forth in the Amended Stipulation of Settlement, dated July 21, 2025 ("Settlement Stipulation"). Joint Declaration of Michael J. Wernke and Gregory M. Potrepka in Support of Plaintiffs' Renewed Preliminary Approval of Class Action Settlement ("Joint Decl."), Ex. 1.

1

"Plaintiffs"). Our law firms have been appointed Lead Counsel in the above-captioned litigation.

2.      After a competitive bidding process, Lead Plaintiff retained an experienced and nationally recognized notice and claims administration firm, Epiq Class Action and Claims Solutions, Inc. ("Epiq"). As discussed more fully in the accompanying Declaration of Jordan Broker (*see* Ex. 14, *infra*) and Epiq's Resume (*see* Ex. 15, *infra*), Epiq has extensive experience with class action settlements, including with Lead Counsel here.

3.      On September 2, 2022, Pomerantz LLP, as attorney in facto for Co-Lead Plaintiff Ralph Estep sent an email communication to Levi & Korsinsky, LLP, counsel for Plaintiff Michael Dennehy, confirming in writing that Dennehy's assignment to Estep (*see* Exhibit 10, *infra*) was void.

4.      Attached hereto as Exhibit 1 is a true and correct copy of the Amended Stipulation of Settlement, dated July 21, 2025, entered into by and between Plaintiffs and the Settling Defendants, Miguel Fernandez and Cassandra Harris. Attached as Exhibits to the Stipulation are the following documents:

a. Exhibit A to the Settlement Stipulation: [Proposed] Order Preliminarily Approving Settlement and Providing for Notice (the "Preliminary Approval Order");

b. Exhibit B to the Settlement Stipulation: Notice of Proposed Settlement of Class Action, Motion for Attorneys' Fees and Expenses, and Final Approval Hearing (the "Long Notice");

2

c. Exhibit C to the Settlement Stipulation: Summary Notice of Pendency and Proposed Settlement of Class Action and Final Approval Hearing (the "Publication Notice"), which Plaintiffs propose to publish;

d. Exhibit D to the Settlement Stipulation: Postcard Notice, which Plaintiffs propose to mail to Settlement Class Members;

e. Exhibit E to the Settlement Stipulation: Proof of Claim and Release Form (the "Proof of Claim" or "Claim Form");

f. Exhibit F to the Settlement Stipulation: [Proposed] Order and Final Judgment.

5. Attached hereto as Exhibit 2 is a true and correct copy of the Pomerantz Firm Resume.

6. Attached hereto as Exhibit 3 is a true and correct copy of the L&K Firm Resume.

7. Attached hereto as Exhibit 4 is a true and correct copy of *NERA: Recent Trends in Securities Class Action: 2024 Full-Year Review*.

8. Attached hereto as Exhibit 5 is a true and correct copy of *Cornerstone Research: Securities Class Action Settlements, 2024 Review and Analysis*.

9. Attached hereto as Exhibit 6 is a true and correct copy of Plaintiff Ralph Estep's Certification Pursuant to Federal Securities Laws, which was filed at ECF No. 55-1.

10. Attached hereto as Exhibit 7 is a true and correct copy of Plaintiff Michael Dennehy's Certification of Plaintiff Pursuant to Federal Securities Laws, which was filed at ECF No. 12-1.

11. Attached hereto as Exhibit 8 is a true and correct copy of Plaintiff Michael Edge's Certification Pursuant to Federal Securities Laws, which was filed at ECF No. 1.

12. Attached hereto as Exhibit 9 is a true and correct copy of Michael Ward's Assignment to Plaintiff Ralph Estep, which was filed at ECF No. 116-14.

13. Attached hereto as Exhibit 10 is a true and correct copy of Plaintiff Michael Dennehy's Assignment to Plaintiff Ralph Estep, which was filed at ECF No. 17-1.

14. Attached hereto as Exhibit 11 is a true and correct copy of the Declaration of Ralph Estep in Support of Co-Lead Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel, which was filed at ECF No. 103-3.

15. Attached hereto as Exhibit 12 is a true and correct copy of the Declaration of Michael J. Dennehy in Support of Co-Lead Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel, which was filed at ECF No. 103-4.

16. Attached hereto as Exhibit 13 is a true and correct copy of the Declaration of Michael Edge in Support of Co-Lead Plaintiffs' Motion for Class

4

Certification, Appointment of Class Representatives, and Appointment of Class Counsel, which was filed at ECF No. 103-5.

17. Attached hereto as Exhibit 14 is a true and correct copy of the Declaration of Jordan Broker Regarding Epiq's Qualifications & Proposed Notice Plan.

18. Attached hereto as Exhibit 15 is a true and correct copy of the Epiq Class Action and Claims Solutions, Inc. Firm Resume.

19. Attached hereto as Exhibit 16 is a true and correct copy of the Damages Analysis for Plaintiff Ralph Estep, which was filed at ECF No. 17-2.

20. Attached hereto as Exhibit 17 is a true and correct copy of the Loss Chart for Plaintiff Michael Dennehy, which was filed at ECF No. 12-2.

21. Attached hereto as Exhibit 18 is a true and correct copy of excerpts of Plaintiff Ralph Estep's Deposition Transcript, dated April 17, 2024.

We declare under penalty of perjury that the foregoing is true and correct to the best of our knowledge and belief.

Executed this 21th day of July 2025.

*/s/Michael J. Wernke*_____
Michael J. Wernke


*/s/Gregory M. Potrepka*_____
Gregory M. Potrepka

5