# Exhibit 10

DocuSign Envelope ID: 6982E865-C4FA-44F0-AD38-1A16DD1D96AA

# ASSIGNMENT

Michael Dennehy ("Assignor") hereby assigns, transfers, and sets over to Ralph Estep all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase or sale of the publicly traded securities of Tupperware Brands Corporation. Further, the Assignor hereby appoints Ralph Estep as his true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Ralph Estep agrees to remit any proceeds received as a result of this assignment to the Assignor. This Assignment (which is coupled with an interest) may not be revoked without the written consent of Ralph Estep.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.


**Executed** <u>August 12, 2022</u>
    **(Date)**


DocuSigned by:

*Michael Dennehy*
65C57285F1CD4C9...
   **(Signature)**

**Michael Dennehy**