# Exhibit 11

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| MICHAEL EDGE, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>TUPPERWARE BRANDS CORPORATION, MIGUEL FERNANDEZ, and CASSANDRA HARRIS,<br><br>    Defendants. | Case No. 6:22-cv-1518-RBD-LHP<br><br>**DECLARATION OF RALPH ESTEP IN SUPPORT OF CO-LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, AND APPOINTMENT OF CLASS COUNSEL** |



I, RALPH ESTEP, declare as follows:

1.      The statements in this Declaration are true and correct based on my own personal knowledge. If called as a witness, I could and would testify to the facts contained herein.

2.      I understand that I am serving as a Co-Lead Plaintiff in this litigation, alongside Michael J. Dennehy, pursuant to our appointment by the Court on September 16, 2022.

3.      I also understand that, by this motion for class certification, I am moving to be appointed class representative in this class action and for my attorneys, Pomerantz LLP ("Pomerantz"), to be appointed co-class counsel alongside Levi & Korsinsky, LLP ("Levi & Korsinsky"). Further, I understand that Michael J. Dennehy and Michael Edge are also moving to be appointed as class representatives.

4.      I am aware that a class action lawsuit, like this one, is brought on behalf of not only myself, but also other similarly situated investors that have been wronged in the same way. To the best of my knowledge, the class of individuals and/or entities that I seek to represent in this action includes all purchasers or acquirers of Tupperware Brands Corporation ("Tupperware") securities between May 5, 2021 and May 4, 2022, inclusive (the "Class Period"), excluding Defendants and certain affiliated persons and entities described in the First Amended Class Action Complaint filed on November 30, 2022 (the "Complaint").

5.



6. Having been motivated to represent investors who suffered losses from their acquisitions of Tupperware securities during the Class Period like I have, I decided seek to serve as a class representative in this action against Defendants. I understand that a class representative is a party who acts on behalf of other class members in directing the litigation. I am willing to serve as a class representative either individually or together with Michael J. Dennehy and Michael Edge.

7. I understand that, as a class representative, I have a duty to prosecute the case vigorously and in the best interests of all class members, which includes reviewing important filings, consulting with counsel on proposed strategies during the course of the litigation, making recommendations as to whether or not to accept a particular settlement offer, and testifying at deposition and trial if called upon to do so.

8. To the best of my knowledge, I have no conflicts of interest with any member of the class that would prevent me from fairly and adequately representing the best interests of the class. I understand that my compensation in this case will be the same as any other class members except that I may, with Court approval, be reimbursed for my reasonable costs and expenses incurred as a result of my acting as a class representative.

9. Since joining this class action, I have monitored the developments in this case by communicating with counsel periodically. I have also reviewed substantive filings in this action including the Complaint, documents relating to motions filed in the case, and Court orders.



3

10. I understand the claims asserted in this class action arise in connection with Defendants' false and misleading representations and omissions concerning Tupperware's business and prospects, including, but not limited to, false statements regarding Tupperware's profitability and false statements that Tupperware had instituted price increases on products to offset rising costs.

11. I understand that this action is at the class certification stage, and that the parties are actively taking discovery.

12. I have retained Pomerantz on a fully contingent basis. I anticipate that they will apply for a fee in connection with a positive outcome in this action, which I understand must be approved by the Court.

13. I have not received any compensation from Pomerantz in connection with my role as a class representative in this action.

14. I will continue to vigorously monitor and participate in this litigation and I am willing and available to testify at trial in this case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 12th day of February, 2024.

Ralph Estep

4