# Exhibit 13

DocuSign Envelope ID: 2F66EFAC-513C-4200-8DAC-639EA63E0459

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

|  |  |
|---|---|
| MICHAEL EDGE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TUPPERWARE BRANDS CORPORATION, MIGUEL FERNANDEZ, and CASSANDRA HARRIS,<br><br>Defendants. | Case No. 6:22-cv-1518-RBD-LHP<br><br>**DECLARATION OF MICHAEL EDGE IN SUPPORT OF CO-LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, AND APPOINTMENT OF CLASS COUNSEL** |

I, MICHAEL EDGE, declare as follows:

1.      The statements in this Declaration are true and correct based on my own personal knowledge. If called as a witness, I could and would testify to the facts contained herein.

2.      I filed the original complaint in this action on June 14, 2022.

3.      I understand that Ralph Estep and Michael J. Dennehy are serving as Lead Plaintiffs in this litigation pursuant to their appointment by the Court on September 16, 2022.

4.      I also understand that, by the motion for class certification, Lead Plaintiffs Ralph Estep and Michael J. Dennehy are moving for themselves and me to be appointed class representatives in this class action and for Pomerantz LLP ("Pomerantz") and Levi & Korsinsky, LLP ("Levi & Korsinsky") to be appointed co-class counsel.

5.      I am aware that a class action lawsuit, like this one, is brought on behalf of not only myself, but also other similarly situated investors that have been wronged in the same way. To the best of my knowledge, the class of individuals and/or entities that I seek to represent in this action includes all purchasers or acquirers of Tupperware Brands Corporation ("Tupperware") securities between May 5, 2021 and May 4, 2022, inclusive (the "Class Period"), excluding Defendants and certain affiliated persons and entities described in the First Amended Class Action Complaint filed on November 30, 2022 (the "Complaint").

DocuSign Envelope ID: 2F66EEAG-513C-4200-8DAC-639EA63E0459

6. Having been motivated to represent investors who suffered losses from their acquisitions of Tupperware securities during the Class Period like I have, I decided seek to serve as a class representative in this action against Defendants. I understand that a class representative is a party who acts on behalf of other class members in directing the litigation. I am willing to serve as a class representative either individually or together with Ralph Estep and Michael J. Dennehy.

7. I understand that, as a class representative, I have a duty to prosecute the case vigorously and in the best interests of all class members, which includes reviewing important filings, consulting with counsel on proposed strategies during the course of the litigation, making recommendations as to whether or not to accept a particular settlement offer, and testifying at deposition and trial if called upon to do so.

8. To the best of my knowledge, I have no conflicts of interest with any member of the class that would prevent me from fairly and adequately representing the best interests of the class. I understand that my compensation in this case will be the same as any other class members except that I may, with Court approval, be reimbursed for my reasonable costs and expenses incurred as a result of my acting as a class representative.

9. Since instigating this class action, I have monitored the developments in this case by communicating with counsel periodically. I have also reviewed substantive filings in this action including the Complaint, documents relating to motions filed in the case, and Court orders.

10. I understand the claims asserted in this class action arise in connection with Defendants' false and misleading representations and omissions concerning Tupperware's business and prospects, including, but not limited to, false statements regarding Tupperware's profitability and false statements that Tupperware had instituted price increases on products to offset rising costs.

11. I understand that this action is at the class certification stage, and that the parties are actively taking discovery.

12. I have retained Pomerantz on a fully contingent basis. I anticipate that they will apply for a fee in connection with a positive outcome in this action, which I understand must be approved by the Court.

13. I have not received any compensation from Pomerantz in connection with my role as a class representative in this action.

14. I will continue to vigorously monitor and participate in this litigation and I am willing and available to testify at trial in this case.

15. I previously filed a Certification Pursuant to Federal Securities Laws, ECF No. 1 at 22, which identified all of my transactions in Tupperware securities during the original class period. The transactions identified in that certification are all of my transactions in Tupperware securities during the Class Period in the operative Complaint.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DocuSign Envelope ID: 2F66EEAC-513C-4300-9DAC-639EA63E0459

Executed this 2/12/2024 day of February, 2024.

DocuSigned by:

_____ Michael Edge _____

A0CE0A6680DE4F0...

Michael Edge