# Exhibit 14

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MICHAEL EDGE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TUPPERWARE BRANDS CORPORATION, MIGUEL FERNANDEZ, and CASSANDRA HARRIS,<br><br>Defendants. | Case No. 6:22-cv-1518-RBD-LHP |

**DECLARATION OF JORDAN BROKER REGARDING EPIQ'S
QUALIFICATIONS & PROPOSED NOTICE PLAN**

I, Jordan Broker, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.      I am a Project Manager at Epiq Class Action and Claims Solutions, Inc. ("Epiq"). I submit this declaration in support of Plaintiffs' Renewed Unopposed Motion for Preliminary Approval of Class Action Settlement ("Motion") in the above-captioned action.

2.      I am over 21 years of age and am not a party to this Action. I am familiar with the facts set forth herein based on personal knowledge, as well as information that has been provided to me by my colleagues in the ordinary course of business at Epiq.

1

3.    I am providing this declaration to give the Court information regarding Epiq's background and qualifications to act as the Claims Administrator[1] and the proposed Notice plan in the Action.

## BACKGROUND & QUALIFICATIONS

4.    Epiq has been implementing successful notification and claims administration programs since 1998 and has done so in thousands of cases over the years.   Our experience includes many of the largest and most complex settlement administrations in both private securities litigation and actions brought by government securities regulators, including the $6.19 billion WorldCom securities settlement, which involved 14 separate settlements, four separate pools of settlement funds, over 40 eligible securities, and notice materials to roughly five million people on three separate occurrences.   More information on Epiq's experience can be found in Epiq's CV, annexed to the Joint Declaration of Michael J. Wernke and Gregory M. Potrepka in Support of Plaintiffs' Motion as Exhibit 15.

## CLASS DEFINITION

5.    The Settlement Class in this Action is defined as: all Persons and entities who purchased or otherwise acquired Tupperware Securities between May 5, 2021 and May 4, 2022 inclusive. Excluded from the Settlement Class are: (a) the Settling Defendants; (b) members of the immediate families of the Settling Defendants; (c) the subsidiaries and affiliates of the Settling Defendants; (d) any person who is an officer,

---

[1] Capitalized terms, unless otherwise defined herein, have the same meaning as set forth in the Amended Stipulation Settlement dated July 21, 2025 (the "Stipulation" or "Stip.").

director or controlling person of Tupperware; (e) any entity in which any Settling Defendant has a controlling interest; (f) the Settling Defendants' directors' and officers' liability insurance carriers, and any affiliates or subsidiaries thereof; and (g) the legal representatives, heirs, successors or assigns of any such excluded party. Also excluded from the Settlement Class will be any person or entity who or which timely and validly seeks exclusion from the Settlement Class.

## THE PROPOSED NOTICE PLAN

6.    The Settling Defendants shall use good faith efforts to provide at their expense lists of Tupperware shareholders of record during the Settlement Class Period, in electronic format, such as Excel, to the extent such lists are reasonably available from Tupperware's transfer agent. Stip. at ¶4.0. Epiq will then mail or email the Postcard Notice ("Notice") to any potential Settlement Class Members whose names and addresses are identified from: (a) Tupperware's transfer records; and (b) via nominees who hold securities in "street name" for the benefit of their customers who are the beneficial purchasers of the securities.

7.    As in most cases of this nature, Tupperware's transfer records will likely only have contact information for a small number of investors that hold their securities in their own names. The majority of potential Settlement Class Members are likely to be beneficial purchasers whose securities are held in "street name" – *i.e.*, the securities are purchased by brokerage firms, banks, institutions, and other third-party nominees ("Nominees") in the name of the nominee, on behalf of the beneficial purchaser.  The names and addresses of these beneficial purchasers are known only to the nominees.

Epiq maintains a proprietary database of approximately 900 known nominees (the "Nominee Database") to be used for notifying record holders of securities. Epiq has a long-standing relationship with many of these nominees, who routinely submit requests for securities class action notice to be sent to their clients.

8.     The proposed notice plan in this matter uses procedures that have been designed to provide direct mail notification to every investor who is a member of the Settlement Class and who can be identified with reasonable effort.    All persons and entities identified as potential Settlement Class Members will be sent the Postcard Notice.  The Postcard Notice will direct that nominees who purchased or acquired Tupperware Securities stock during the Class Period for the beneficial interest of an individual or organization other than themselves to either (i) send a copy of the Postcard Notice to the beneficial holders of such securities within a certain period of time after such nominees' receipt of the Notice, or (ii) provide to Epiq the names, last known addresses, and email addresses of such beneficial holders within a certain period of time after such nominees' receipt of the Notice.  The proposed notice plan also calls for a summary version of the Notice (the "Publication Notice") to be transmitted once over a national newswire service.

9.     In administering the notice plan, Epiq will employ the following best practices to increase the deliverability rate of the mailed Postcard Notices: (i) Epiq will cause the mailing address information for potential members of the Settlement Class to be updated utilizing the National Change of Address ("NCOA") database, which provides updated address information for individuals or entities who have moved

4

during the previous four years and filed a change of address with the USPS; (ii) Postcard Notices returned to Epiq by the United States Postal Service ("USPS") with a forwarding address will be re-mailed to the new address provided by the USPS and the class member database will be updated accordingly; (iii) Postcard Notices returned to Epiq by the USPS without forwarding addresses will be subjected to an address verification search (commonly referred to as "skip tracing") utilizing a wide variety of data sources, including public records, real estate records, electronic directory assistance listings, etc., to locate updated addresses. For any Settlement Class Members where a new address is identified through the skip trace process, the class member database will be updated with the new address information and a Postcard Notice will be re-mailed to that address.

10.    For those Settlement Class Members for whom an email address is provided, Epiq will email the Postcard Notice to those Settlement Class Members. Epiq follows best practices to both validate emails and increase deliverability.

11.    In addition, Epiq will post the Long Notice on the Depository Trust Company's LENS system to notify member institutions of the settlement. LENS offers member banks and brokers access to a library of notices published by third party, public or private agents and agencies and security issuers, reporting information about eligible securities.

## DEDICATED WEBSITE AND TOLL-FREE TELEPHONE SUPPORT

12.    Epiq will establish and maintain a case-specific website, www.TupperwareSecuritiesSettlement.com, where Settlement Class Members can

easily submit a claim electronically, view general information about this Settlement, download and print relevant Court documents (including the Postcard Notice, the Long Notice and Proof of Claim form), and view important dates and deadlines pertinent to the Settlement ("Settlement Website"). The Settlement Website will be designed to be user-friendly and make it easy for Settlement Class Members to find information about the case, including instructions on how to submit a Claim Form. The Settlement Website will also have a "Contact Us" page whereby Settlement Class Members can send an email with any additional questions to a dedicated email address. The Postcard Notice and Publication Notice will each direct Settlement Class Members to the Settlement Website where such information, including the Long Notice and Proof of Claim form, can be obtained.

13. The Settlement Website will be designed to be ADA-compliant and optimized for mobile visitors so that information loads quickly on mobile devices. Additionally, the Settlement Website will be designed to maximize search engine optimization through Google and other prominent search engines. Keywords and natural language search terms will be included in the website's metadata to maximize search engine rankings.

14. Epiq will also create and maintain a toll-free hotline devoted to this case will be implemented to further apprise Settlement Class Members of the rights and options in the Settlement. The toll-free hotline will utilize an interactive voice response ("IVR") system to provide Settlement Class Members with responses to frequently asked questions and provide essential information regarding the Settlement.

This hotline will be accessible 24 hours a day, 7 days a week. Settlement Class Members can also speak with a customer service representative during normal business hours or leave a message to request that a Notice and Proof of Claim form be mailed to them.

## CONCLUSION

15. The notice plan outlined above includes direct notice to all reasonably identifiable potential Settlement Class Members, coupled with a national press release to further disseminate notice of the Settlement, and the implementation of a dedicated Settlement Website and toll-free hotline to further inform Settlement Class Members of their rights and options pursuant to the terms of the Settlement.

16. After the notice plan has concluded, Epiq will provide a final report verifying its effective implementation.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: July 21, 2025

_____

Jordan Broker