# Exhibit 16

**Tupperware Brands Corporation (TUP)**
**Class Period: November 3, 2021 to May 3, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Days* Mean Price $6.9438 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account 1** | | | | | | | | | | | |
| **Ralph Estep, Sr.** | **11/4/2021** | **20,000** | **$18.8000** | **($376,000)** | | | | | **20,000** | **$138,875** | **($237,125)** |
| | | | | | | | | | | | |
| **Account 2** | | | | | | | | | | | |
| Ralph Estep, Sr. | | | | | Preclass | 4,000 | | | | | |
| Ralph Estep, Sr. | 11/3/2021 | 4,300 | $19.3600 | ($83,248) | 12/31/2021 | (44,488) | $15.3000 | $680,666 | | | |
| Ralph Estep, Sr. | 11/3/2021 | 1,700 | $19.3599 | ($32,912) | 12/31/2021 | (300) | $15.3200 | $4,596 | | | |
| Ralph Estep, Sr. | 11/3/2021 | 10,000 | $19.8400 | ($198,400) | 12/31/2021 | (212) | $15.3100 | $3,246 | | | |
| Ralph Estep, Sr. | 11/3/2021 | 8,000 | $19.4500 | ($155,600) | | | | | | | |
| Ralph Estep, Sr. | 11/3/2021 | 963 | $19.0700 | ($18,364) | | | | | | | |
| Ralph Estep, Sr. | 11/4/2021 | 10,000 | $18.8000 | ($188,000) | | | | | | | |
| Ralph Estep, Sr. | 11/5/2021 | 6,000 | $18.0500 | ($108,300) | | | | | | | |
| Ralph Estep, Sr. | 12/28/2021 | 27 | $15.2600 | ($412) | | | | | | | |
| Ralph Estep, Sr. | 12/28/2021 | 10 | $15.2200 | ($152) | | | | | | | |
| **Ralph Estep, Sr.** | | **41,000** | | **($785,388)** | | **(45,000)** | | **$688,508** | **0** | **$0** | **($158,080)** |
| | | | | | | | | | | | |
| **Ralph Estep, Sr.** | | **61,000** | | **($1,161,388)** | | **(45,000)** | | **$688,508** | **20,000** | **$138,875** | **($395,205)** |

*Avg Closing Prices from May 4, 2022 to August 1, 2022