# Exhibit 17

| Client Name | Michael J. Dennehy |
|---|---|
| Company Name | Tupperware Brands Corporation |
| Ticker Symbol | TUP |
| Security Type | |
| Class Period Start | 11-03-2021 |
| Class Period End | 05-03-2022 |
| 90-DAY Lookback Period Start | 05-04-2022 |
| 90-DAY Lookback Period End | 08-01-2022 |
| 90-DAY Lookback Average | $ 06.94 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $237,124.59 |
| DURA LIFO* Total | $237,124.59 |
| Gross Shares Purchased | 20,000 |
| Net Shares Retained | 20,000 |
| Net Funds Expended | $376,000.00 |

### Michael J. Dennehy

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 11-04-2021 | 20000 | 18.8 | $ 376,000.00 | | | | | | - | 20000 | 20000 | $ 06.94 | $ 138,875.41 | $ 237,124.59 | $ 237,124.59 |
| Total: | 20,000 | | $376,000.00 | | | | | | | 20,000 | 20,000 | | $138,875.41 | $237,124.59 | $237,124.59 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.