# EXHIBIT 2

*Edge v. Tupperware Brands Corp. et al.*
**Case No. 6:22-cv-1518-RBD-LHP**

Summary Lodestar and Expense Reports for Pomerantz LLP, Levi & Korsinsky, LLP and Cullin O'Brien Law, P.A.

Inception through November 7, 2025

| Law Firm | Hours | Current Total Lodestar |
|---|---|---|
| Pomerantz LLP | 4960.9 | $3,152,320.00 |
| Levi & Korsinsky, LLP | 7,125.79 | $4,057,324.00 |
| Cullin O'Brien Law, P.A. | 110.55 | $110,550.00 |
| **Total** | **12,197.24** | **$7,320,194.00** |

| Type of Litigation Expense | Amount |
|---|---|
| eDiscovery Hosting | $40,405.91 |
| Experts | $234,893.00 |
| Mediation | $57,070.00 |
| Outside Counsel | $28,380.00 |
| Private Investigator | $34,029.30 |
| Legal Databases | $9,227.21 |
| Travel and Meals | $7,498.18 |
| Filing and Transcription Service Fees | $9,398.26 |
| Process Server | $3,069.40 |
| Postage Fees | $253.84 |
| Press Releases and Newswires | $5,800.00 |
| Clerical Overtime | $473.61 |
| Photocopies | $54.30 |
| **Total** | **$430,553.01** |

# EXHIBIT 2A

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

|  |  |
|---|---|
| MICHAEL EDGE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TUPPERWARE BRANDS CORPORATION, MIGUEL FERNANDEZ, and CASSANDRA HARRIS, <br><br> Defendants. | Case No. 6:22-cv-1518-RBD-LHP |

**DECLARATION OF MICHAEL J. WERNKE ON BEHALF OF POMERANTZ LLP IN SUPPORT OF LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES, EXPENSE REIMBURSEMENT, AND COMPENSATORY AWARDS TO PLAINTIFFS**

I, MICHAEL J. WERNKE, declare the following:

1.        I am a partner in the law firm Pomerantz LLP ("Pomerantz"), which was appointed co-Lead Counsel in this Action along with Levi & Korsinsky, LLP, and counsel for co-Lead Plaintiff Ralph V. Estep and Plaintiff Michael Edge.[1] I am admitted to practice in this District *pro hac vice*. I have been personally involved in the prosecution of this Action, and have personal knowledge of the facts set forth herein and, if called upon as a witness, I could and would testify competently thereto.

2.        I and other attorneys (as well as non-attorney timekeepers like paralegals) contemporaneously record time and expenses in Pomerantz's accounting system. Such time and expenses are allocated in Pomerantz's accounting system on a case-specific basis, which I believe accurately reflects the amount of time spent and litigation expenses incurred by Pomerantz to date.

3.        Pomerantz's accounting records confirm that Pomerantz has expended the following hours and lodestar prosecuting this Action through November 7, 2025:

**Table 1.**

| Attorney | Status | Current Rate | Hours | Current Total |
|---|---|---|---|---|
| Jeremy Lieberman | Partner | $1,375 | 61.00 | $83,875.00 |
| Michael Wernke | Partner | $1,150 | 873.20 | $1,004,180.00 |
| Dolgora Dorzhieva | Associate | $625 | 37.20 | $23,250.00 |
| Thomas Przybylowski | Associate | $650 | 10.20 | $6,630.00 |
| Jared Rabinowitz | Associate | $575 | 306.80 | $176,410.00 |
| Laura Perrone | Staff Attorney | $715 | 199.70 | $142,785.50 |

---

[1] All capitalized terms, unless otherwise defined herein, have the same meaning as set forth in the Amended Stipulation of Settlement dated July 21, 2025 (the "Stipulation").

1

| Kris Druhm | Staff Attorney | $530 | 554.00 | $293,620.00 |
|---|---|---|---|---|
| Michael Mayer | Staff Attorney | $465 | 98.50 | $45,802.50 |
| LaKeith Hoskin | Staff Attorney | $495 | 1,402.70 | $694,336.50 |
| Bryan Lew | Staff Attorney | $495 | 740.00 | $366,300.00 |
| Charles Reynolds | Staff Attorney | $465 | 107.00 | $49,755.00 |
| Obasi Obasi | Staff Attorney | $465 | 129.10 | $60,031.50 |
| Vipin Davesar | Staff Attorney | $465 | 441.50 | $205,344.00 |
| **Attorney Total** | | | **4960.9** | **$3,152,320.00** |

4.      Pomerantz spent 4960.9 combined attorney hours litigating this Action through November 7, 2025, for a total of $3,152,320.00. The above tabulation does not include any time related to preparation of this declaration. Additionally, in the exercise of billing judgment, Lead Counsel removed all entries for timekeepers who billed less than 10 hours. The above time expenditures relate to time spent on activities reasonably necessary to prosecute this Action. The above hourly rates are the standard rates currently charged by Pomerantz for each timekeeper (or if the timekeeper has left Pomerantz, the rate for such timekeeper's position) and reflect the amounts that I believe the designated timekeeper could secure if paid on an hourly basis, after considering: (a) hourly rates approved by courts in other securities cases; (b) public reports of hourly rates charged by defense firms that participate in securities litigation; and (c) the experience and pedigree of each timekeeper.

5.      Pomerantz's accounting records confirm that it incurred the following litigation expenses, none of which has been reimbursed to date:

2

**Table 2.**

| TYPE OF LITIGATION EXPENSE | AMOUNT |
|---|---|
| Press Releases and Newswires | $5,800.00 |
| Experts | $204,036.25 |
| Mediation | $28,535.00 |
| Outside Counsel | $13,956.50 |
| Private Investigator | $17,014.65 |
| Legal Databases | $2,108.99 |
| Travel and Meals | $2,054.57 |
| Filing and Transcription Service Fees | $5,073.05 |
| Process Server | $1,050.00 |
| Postage Fees | $162.62 |
| Photocopies | $54.30 |
| Clerical Overtime | $473.61 |
| **Total** | **$280,319.54** |

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated:

*s/ Michael J. Wernke*
Michael J. Wernke

3

# EXHIBIT 2B

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| MICHAEL EDGE, Individually and on Behalf of All Others Similarly Situated, | Case No. 6:22-cv-1518-RBD-LHP |
| Plaintiff, | |
| v. | |
| TUPPERWARE BRANDS CORPORATION, MIGUEL FERNANDEZ, and CASSANDRA HARRIS, | |
| Defendants. | |

**DECLARATION OF GREGORY M. POTREPKA ON BEHALF OF LEVI & KORSINSKY, LLP IN SUPPORT OF LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES, EXPENSE REIMBURSEMENT, AND COMPENSATORY AWARDS TO PLAINTIFFS**

I, GREGORY M. POTREPKA, declare the following:

1.      I am a partner in the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), which was appointed co-Lead Counsel in this Action along with Pomerantz LLP, and counsel for co-Lead Plaintiff Michael J. Dennehy.[1] I am admitted to practice in this District *pro hac vice*. I have been personally involved in the prosecution of this Action, and have personal knowledge of the facts set forth herein and, if called upon as a witness, I could and would testify competently thereto.

2.      I and other attorneys (as well as non-attorney timekeepers like paralegals) contemporaneously record time and expenses in Levi & Korsinsky's accounting system. Such time and expenses are allocated in Levi & Korsinsky's accounting system on a case-specific basis, which I believe accurately reflects the amount of time spent and litigation expenses incurred by Levi & Korsinsky to date.

3.      Levi & Korsinsky's accounting records confirm that Levi & Korsinsky has expended the following hours and lodestar prosecuting this Action through November 7, 2025:

**Table 1.**

| Attorney | Status | Current Rate | Hours | Current Total |
|---|---|---|---|---|
| Shannon Hopkins | Partner | $1,075 | 78.75 | $84,656.25 |
| Gregory Potrepka | Partner | $975 | 758.25 | $739,293.75 |
| David Jaynes | Senior Associate | $750 | 32.75 | $24,562.50 |

---

[1] All capitalized terms, unless otherwise defined herein, have the same meaning as set forth in the Amended Stipulation of Settlement dated July 21, 2025 (the "Stipulation").

| | | | | |
|---|---|---|---|---|
| Morgan Embleton | Senior Associate | $750 | 601.45 | $451,087.50 |
| Nicholas Lange | Associate | $600 | 238.6 | $143,160.00 |
| Cole von Richthofen | Associate | $550 | 659.6 | $362,780.00 |
| Rachel Berger | Associate | $500 | 355.2 | $177,600.00 |
| Jennifer Mittasch | Associate | $475 | 147.1 | $69,872.50 |
| Aaron Wecker | Staff Attorney | $475 | 64 | $30,400.00 |
| December Lee | Staff Attorney | $475 | 127.4 | $60,515.00 |
| Emily Barlow | Staff Attorney | $475 | 170.3 | $80,892.50 |
| Grace Byrne | Staff Attorney | $475 | 443 | $210,425.00 |
| Guy Lugassy | Staff Attorney | $475 | 397.6 | $188,860.00 |
| Karolina Campbell | Staff Attorney | $475 | 96.1 | $45,647.50 |
| Lynda Dunkwu | Staff Attorney | $475 | 188 | $89,300.00 |
| Michele Collins | Staff Attorney | $475 | 361.5 | $171,712.50 |
| Paul Bly | Staff Attorney | $475 | 972.6 | $461,985.00 |
| Randie Rosen | Staff Attorney | $475 | 85 | $40,375.00 |
| Sarah Olson | Staff Attorney | $475 | 358.84 | $170,449.00 |
| Will Scerpella | Staff Attorney | $475 | 664.8 | $315,780.00 |
| Collin Freer | Staff Attorney | $475 | 193.9 | $92,102.50 |
| **Attorney Total** | | | **6994.74** | **$4,011,456.50** |

| Paralegal | Status | Current Rate | Hours | Current Total |
|---|---|---|---|---|
| Amanda Herda | Paralegal | $350 | 11.9 | $4,165.00 |
| Arden Westphalen | Paralegal | $350 | 43.5 | $15,225.00 |
| Kara Macdonald | Paralegal | $350 | 17.55 | $6,142.50 |
| Samantha Phillips | Paralegal | $350 | 15 | $5,250.00 |
| Jessica Rodriguez | Legal Assistant | $350 | 43.1 | $15,085.00 |
| **Paralegal Total** | | | **131.05** | **$45,867.50** |

4.      Levi & Korsinsky spent 7,125.79 combined attorney and paralegal hours litigating this Action through November 7, 2025, for a total of $4,057,324.00. The above tabulation does not include any time related to preparation of this declaration. Additionally, in the exercise of billing judgment, Lead Counsel removed all entries for timekeepers who billed less than 10 hours. The above time expenditures relate to

2

time spent on activities reasonably necessary to prosecute this Action. The above hourly rates are the standard rates currently charged by Levi & Korsinsky for each timekeeper (or if the timekeeper has left Levi & Korsinsky, the rate for such timekeeper's position) and reflect the amounts that I believe the designated timekeeper could secure if paid on an hourly basis, after considering: (a) hourly rates approved by courts in other securities cases; (b) public reports of hourly rates charged by defense firms that participate in securities litigation; and (c) the experience and pedigree of each timekeeper.

5.     Levi & Korsinsky's accounting records confirm that it incurred the following litigation expenses, none of which has been reimbursed to date:

**Table 2.**

| TYPE OF LITIGATION EXPENSE | AMOUNT |
|---|---|
| eDiscovery Hosting | $40,405.91 |
| Experts | $30,856.75 |
| Mediation | $28,535.00 |
| Private Investigator | $17,014.65 |
| Outside Counsel | $14,423.50 |
| Legal Databases | $7,118.22 |
| Travel and Meals | $5,443.61 |
| Filing and Transcription Service Fees | $4,325.21 |
| Process Server | $2,019.40 |
| Postage Fees | $91.22 |
| **Total** | **$150,233.47** |

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: November 13, 2025

*s/ Gregory M. Potrepka*
Gregory M. Potrepka

3

# EXHIBIT 2C

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

| | |
|---|---|
| MICHAEL EDGE, Individually and on Behalf of All Others Similarly Situated, | Case No. 6:22-cv-1518-RBD-LHP |
| Plaintiff, | |
| v. | |
| TUPPERWARE BRANDS CORPORATION, MIGUEL FERNANDEZ, and CASSANDRA HARRIS, | |
| Defendants. | |

## DECLARATION OF CULLIN A. O'BRIEN ON BEHALF OF CULLIN O'BRIEN LAW, P.A. IN SUPPORT OF LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES, EXPENSE REIMBURSEMENT, AND COMPENSATORY AWARDS TO PLAINTIFFS

I, Cullin A. O'Brien, declare the following:

1.     I am the sole attorney in the law firm Cullin O'Brien Law, P.A.; I am local counsel for Plaintiffs; and, I assisted Class Counsel in this Action. I have been personally involved in the prosecution of this Action, and have personal knowledge of the facts set forth herein and, if called upon as a witness, I could and would testify competently thereto.

2.     I expended the following hours and lodestar prosecuting this Action through November 7, 2025:

| Attorney | Status | Current Rate | Hours | Current Total |
|---|---|---|---|---|
| Cullin O'Brien | Partner | $1,000 | 110.55 | $110,550.00 |

3.     I spent 110.55 attorney hours litigating this Action through November 7, 2025, for a total lodestar of $110,550.00. The above tabulation does not include any time related to preparation of this declaration. The above time expenditures relate to time spent on activities reasonably necessary to prosecute this Action.

4.     The above hourly rate reflect the amounts that I believe I could secure if paid on an hourly basis, after considering: (a) hourly rates approved by courts in other securities cases; (b) public reports of hourly rates charged by defense firms that participate in securities litigation; and (c) my experience and pedigree.

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated:                                          *s/ Cullin A. O'Brien*

                                               Cullin A. O'Brien

1