# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

| | |
|---|---|
| MICHAEL EDGE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TUPPERWARE BRANDS CORPORATION, MIGUEL FERNANDEZ, and CASSANDRA HARRIS,<br><br>Defendants. | Case No. 6:22-cv-1518-RBD-LHP |

**SUPPLEMENTAL JOINT DECLARATION OF MICHAEL J. WERNKE AND GREGORY M. POTREPKA IN SUPPORT OF (1) PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION; AND (2) LEAD COUNSEL'S UNOPPOSED MOTION FOR ATTORNEYS' FEES, EXPENSE REIMBURSEMENT, AND COMPENSATORY AWARDS TO PLAINTIFFS**

1

MICHAEL J. WERNKE and GREGORY M. POTREPKA, declare as follows:

1. I, Michael J. Wernke, am a partner at the law firm of Pomerantz LLP ("Pomerantz"), counsel for Lead Plaintiff Ralph V. Estep and Plaintiff Michael Edge, and Co-Lead Counsel for the proposed Settlement Class in this Action. I licensed to practice in the State of New York, and am admitted *pro hac vice* in this Action. I have personal knowledge of the facts stated herein and, if called upon as a witness, I could and would testify competently thereto.

2. I, Gregory M. Potrepka, am a partner at the law firm of Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for Lead Plaintiff Michael J. Dennehy, and Co-Lead Counsel for the proposed Settlement Class in the above-captioned action (the "Action").[1] I am licensed to practice in the States of Connecticut and New York, and am admitted *pro hac vice* to practice in this District. I have personal knowledge of the facts stated herein and, if called upon as a witness, I could and would testify competently thereto.

3. We submit this declaration, together with the exhibits hereto, in further support of (i) Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation (the "Final Approval Motion"); and (ii) Lead

---

[1] All capitalized terms, unless otherwise defined herein, have the same meaning as set forth in the Amended Stipulation and Agreement of Settlement dated July 21, 2025 (the "Stipulation"). ECF No. 160-2.

Counsel's Motion for Attorneys' Fees, Expense Reimbursement, and Compensatory Awards to Plaintiffs (the "Fee Motion").

4.      Attached hereto as **Exhibit 1** is the Supplemental Declaration of Jordan Broker Regarding: Notice Dissemination and Requests for Exclusion and Objections Received to Date. ("Supp. Epiq Decl.").

5.      Attached hereto as **Exhibit 2** is a [Proposed] Order and Final Judgment.

6.      Attached hereto as **Exhibit 3** is a true and correct copy of an email Lead Counsel received from Joseph Miller on November 14, 2025, as well as Lead Counsel's response. Lead Counsel never received any reply from Mr. Miller.

We declare under penalty of perjury that the foregoing is true and correct to the best of our knowledge and belief.

Executed this 11th day of December 2025.

*/s/Michael J. Wernke*
Michael J. Wernke


*/s/Gregory M. Potrepka*
Gregory M. Potrepka

3