# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**(Orlando Division)**

|  |  |
|---|---|
| MICHAEL EDGE, Individually and on Behalf of All Others Similarly Situated, | Case No. 6:22-cv-1518-RDB-LHP |
| Plaintiff, | |
| v. | **SUPPLEMENTAL DECLARATION OF JORDAN BROKER REGARDING NOTICE DISSEMINATION AND REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED TO DATE** |
| TUPPERWARE BRNADS CORPORATION, MIGUEL FERNANDEZ, and CASSANDRA HARRIS, | |
| Defendants. | |

I, Jordan Broker, declare as follows:

1.   I am a Project Manager for Epiq Class Action & Claims Solutions, Inc. ("Epiq"). The following statements are based on my personal knowledge and information provided to me by other Epiq employees and, I could and would competently testify to these facts if called upon to do so.

2.   I previously submitted a declaration dated November 12, 2025 ("Notice Declaration"), describing the work performed by Epiq to disseminate notice and process claims in connection with the proposed Settlement of the above-captioned action (the "Action"). *See* ECF No. 162-3. I oversaw the notice services that Epiq provided in accordance with the Court's Preliminary Approval Order.[1]

---

[1]   Unless otherwise defined herein, all capitalized terms shall have the same meaning as set forth in the Amended Stipulation and Agreement of Settlement dated July 21, 2025 (the "Stipulation"). ECF No. 160-2.

3.    As noted in my prior declaration, Epiq completed the Court-approved notice program, including: (i) mailing of the Court-approved Notice of (I) Proposed Settlement; (II) Motion for an Award of Attorneys' Fees and Litigation Expenses; and (III) Settlement Fairness Hearing (the "Notice") and Proof of Claim and Release Form (the "Proof of Claim") (collectively, the "Notice Packet") and the Postcard Notice (copies of the Postcard Notice and Notice Packet were attached to my prior declaration as **Exhibit A**); (ii) publication of the Summary Notice of (I) Proposed Settlement; Motion for an Award of Attorneys' Fees and Litigation Expenses; and (III) Settlement Fairness Hearing (the "Summary Notice"); and (iii) establishment of the website and toll-free telephone number dedicated to this Settlement.

4.    Since its creation on September 26, 2025, the Settlement website has operated 24 hours per day and has permitted potential class members to submit Proofs of Claim electronically, should they choose to do so.

5.    At the time of the Notice Declaration, 17,846 Postcard Notices had been mailed or e-delivered to potential Settlement Class Members and nominees.

## I.    UPDATE ON NOTICE DISSEMINATION

6.    After the Notice Declaration was executed, Epiq received additional names and addresses, from brokers and nominees, and thereafter mailed an additional 53 Postcard Notices.  Accordingly, as of December 9, 2025, an aggregate of 17,899 Postcard Notices have been disseminated to potential Settlement Class Members and nominees by first-class mail or e-delivery.

## II.    REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED TO DATE

7.    The Court-approved Notice informs potential Settlement Class Members that all requests for exclusion from the Settlement Class must be mailed to Tupperware Securities Litigation Settlement, EXCLUSIONS, P.O. Box 2960, Portland, OR 97208-2960, such that they are received no later than November 28, 2025.  The Notice also sets forth the information that must be included in each request for exclusion.  Epiq has monitored all mail delivered to this address.

8.      As reported in my original Notice Declaration, as of November 12, 2025, Epiq did not receive any requests for exclusion.  As of December 9, 2025, Epiq has not received any requests for exclusion.

9.      Although Settlement Class Members who sought to object to the Settlement, proposed Plan of Allocation, requested award of attorneys' fees or costs, or requested service award to Plaintiffs were to file objections with the Clerk of the Court with copies sent to counsel, Epiq has checked its electronic and regular mail as well, and as of the date of this Supplemental Declaration, Epiq has received 1 objection that was electronically forwarded from Lead Counsel, which Epiq has reviewed. The individual submitting the objection does not appear to be a Settlement Class Member, based on the fact that he appears to have purchased his shares before the class period. Further, he did not submit any documentation evidencing any transactions in Tupperware securities.  In an attempt to address the complaint, Epiq reached out to the potential class member using the provided contact information.  Epiq did not receive a response to the outreach attempts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.  Executed on December 9, 2025.

_____
JORDAN BROKER