# EXHIBIT 3

## Greg Potrepka

| | |
|---|---|
| **From:** | Greg Potrepka |
| **Sent:** | Friday, November 14, 2025 11:04 AM |
| **To:** | 'Joseph Miller'; jalieberman@pomlaw.com; mjwernke@pomlaw.com; Shannon Hopkins |
| **Cc:** | info@tupperwaresecuritiessettlement.com; Morgan Embleton; Broker, Jordan |
| **Subject:** | RE: [External]Tupperware Settlement Case No. 6:22-cv-1518-RBD-LHP |

Mr. Miller,

This action was brought on behalf of a class of individuals who purchased or otherwise acquired Tupperware Brands Corporation securities between May 5, 2021 and May 4, 2022, and were injured as a result of such purchases. Since your purchase of Tupperware stock occurred in 2016, before the price of shares were allegedly inflated by fraud, you do not appear to meet the definition of a Settlement Class Member, and therefore are not entitled to participate in the settlement. Since you are not a Settlement Class Member, you do not have legal standing to object to the Settlement. Given your asserted objection below lacks basis, do you agree to withdraw it?

I am happy to discuss the matter. If you would like to do so, please provide the best telephone number and time to reach you.

Respectfully,

Gregory M. Potrepka, Partner

LEVI&KORSINSKYLLP
1111 Summer Street, Suite 403
Stamford, CT, 06905
Tel: 203-992-4523
Fax: 212-363-7171
gpotrepka@zlk.com | www.zlk.com

**CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levi & Korsinsky, LLP, which may be privileged, confidential, and/or protected from disclosure. This information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited.**

**From:** Joseph Miller <joe.e.miller.jem@gmail.com>
**Sent:** Friday, November 14, 2025 8:49 AM
**To:** jalieberman@pomlaw.com; mjwernke@pomlaw.com; Shannon Hopkins <shopkins@zlk.com>; Greg Potrepka <gpotrepka@zlk.com>
**Cc:** info@tupperwaresecuritiessettlement.com
**Subject:** [External]Tupperware Settlement Case No. 6:22-cv-1518-RBD-LHP

To Whom It May Concern

I received the documents on the Class Action suit:  Case No. 6:22-cv-1518-RBD-LHP

There are so many problems with this process; I'm not surprised.  Basically, nothing contained is easily understood or easily relatable  to the "man in the street" or "common man" as it should be.  Instead the process is couched in arcane jargon understood by only the initiates.

1

I purchased 100 shares of Tupperware stock on November 17, 2016, paying $5949.99 on the TDAmeritrade trading platform.  The purchase was made on my IRA account (since transferred to Schwab).  I guess I received notice of the case because I transferred the 100 shares, valued at $1594, as part of an RMD on November 30, 2021.  After that the value dropped to zero.

So, while I should receive some compensation if there are any pay outs, I doubt that I will.  I expect most pay outs will go to you attorneys.  Perhaps that's why you make the process pretty much indecipherable to ordinary people.

To make things even more difficult, you send a claim form that is not even a fillable form - an easy thing to do.  Even if this settlement applied to me, I'd have to print the form and fill in with pen and ink.

Finally, since the transactions have been completely automated, finding documents is well nigh impossible.

With all due Respect, I do object.  I object to this totally unfair process.  Just take whatever funds are available instead of going through this Byzantine process.

Joseph Miller
625 Kessinger Dr.
Surfside Beach, SC 29575