**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MICHAEL EDGE, MICHAEL J.
DENNEHY and RALPH ESTEP,

   Plaintiffs,

v.           Case No:   6:22-cv-1518-RBD-LHP

TUPPERWARE BRANDS
CORPORATION, MIGUEL
FERNANDEZ and CASSANDRA
HARRIS,

   Defendants

_____

**ORDER**

Pursuant to prior notice, a Final Approval Hearing was held before the undersigned today, via the Zoom online platform.   Doc. Nos. 161, 165-166; *see also* Doc. Nos. 155-156.   Counsel for Plaintiffs and Defendants were present.   As discussed with the parties at the hearing, it is **ORDERED** as follows:

1.  On or before **January 5, 2026,** the parties shall submit a copy of their Confidential Supplemental Agreement to the Court for *in camera* review. The parties may submit the Confidential Supplemental Agreement in hard copy form, by delivery to the Clerk's office along with a copy of this Order.

The Clerk's office shall then ensure that the materials are delivered to the undersigned's chambers.    Alternately, the parties may submit the Confidential Supplemental Agreement to the Court via email, at chambers_flmd_hoffman@flmd.uscourts.gov.

2.    On or before **January 5, 2026,** Defendants may file a supplemental brief addressing, with citation to legal authority, the matters raised during the hearing regarding the Notice of Defendants' CAFA Compliance, specifically with respect to the impact, if any, of an amended settlement agreement on the notice requirements.    *See* Doc. No. 164.

3.    On or before **January 5, 2026, t**he parties shall file either a fully executed Consent to United States magistrate judge authority, or file a notice of non-consent on the Court docket.

**DONE** and **ORDERED** in Orlando, Florida on December 18, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record