UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL EDGE, MICHAEL J.
DENNEHY and RALPH ESTEP,

       Plaintiffs,

v.                                    Case No:   6:22-cv-1518-LHP

TUPPERWARE BRANDS
CORPORATION, MIGUEL
FERNANDEZ and CASSANDRA
HARRIS,

       Defendants

## ORDER

On September 23, 2024, then-Presiding District Judge Roy B. Dalton, Jr., stayed this case in light of ongoing bankruptcy proceedings as to Defendant Tupperware Brands Corporation ("Tupperware"). Doc. No. 132; *see also* Doc. No. 130. The case remains stayed as to Tupperware, however on April 7, 2024, the Bankruptcy Court authorized Defendants Miguel Fernandez and Cassandra Harris to proceed with settlement. *See In re: TUPPERWARE BRANDS CORPORATION, et al.*, No. 24-12156-BLS (Bankr. D. Del. Apr. 7, 2024) (Doc. No. 617) (order modifying automatic stay and authorizing payment of settlement fees). Since that time, the

undersigned has been engaged in settlement proceedings with Plaintiffs and Defendants Fernandez and Harris. *See, e.g.*, Doc. Nos. 160-167, 169, 172.

Following a hearing with counsel for Plaintiffs and Defendants Fernandez and Harris (Doc. Nos. 161, 165, 166), these parties filed on December 18, 2025 a proposed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, which Judge Dalton approved on December 23, 2025. Doc. Nos. 168, 170. The case – at least with respect to Plaintiffs and Defendants Fernandez and Harris – has now been reassigned to the undersigned, who now has the authority to enter final judgment as to these parties. However, Tupperware has not (nor could it at this time) consent to the undersigned's jurisdiction, and this case remains stayed as to Tupperware. As the undersigned noted at the December 18, 2025 hearing, the undersigned wishes to ensure that any final judgments cannot later be challenged on the basis of any technicalities and/or based on an attack on the undersigned's authority. *See* 28 U.S.C. § 636.

Accordingly, within **fourteen (14) days** from the date of this Order, Plaintiffs and Defendants Fernandez and Harris shall file a joint supplemental brief addressing, with citation to relevant legal authority, the impact, if any, that Tupperware's ongoing bankruptcy proceedings and automatic stay in this case may have on any orders or final judgments the undersigned may enter. Upon receipt

of the supplemental brief, the Court will take the matter under advisement and schedule further proceedings as appropriate.

**DONE** and **ORDERED** in Orlando, Florida on January 6, 2026.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record