**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MICHAEL EDGE, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

TUPPERWARE BRANDS CORPORATION, MIGUEL FERNANDEZ, and CASSANDRA HARRIS,

Defendants.

Case No. 6:22-cv-1518-RBD-LHP

**JOINT SUPPLEMENTAL BRIEF PURSUANT TO**
**COURT'S JANUARY 6 ORDER**

Lead Plaintiffs Ralph Estep and Michael Dennehy and Plaintiff Michael Edge (collectively, "Plaintiffs") and Defendants Miguel Fernandez and Cassandra Harris (collectively, the " Individual Defendants" and with Plaintiffs, the "Parties"), pursuant to the Court's January 6, 2026 Order (Dkt. No. 174) directing the Parties to "file a joint supplemental brief addressing, with citation to relevant legal authority, the impact, if any, that Tupperware's ongoing bankruptcy proceedings and automatic stay in this case may have on any orders or final judgments the undersigned may enter," hereby state as follows:

The Parties previously advised the Court that Tupperware Brands Corporation (the "Debtor"), which previously was a defendant in this case, and its subsidiaries

1

commenced a bankruptcy case in the United States Bankruptcy Court for the District of Delaware on September 17, 2024. That case was filed in the United States Bankruptcy Judge for the District of Delaware (the "Bankruptcy Court"), under the caption *In re: TUPPERWARE BRANDS CORPORATION*, et al., Case No. 24-12167.

On January 14, 2025, the Debtor and its subsidiaries filed a Chapter 11 Plan in the case (the "Plan"). Br. Dkt. 470. On May 9, 2025 the Bankruptcy Court approved the Plan. Br. Dkt. 701. The Plan includes a provision that, upon effectiveness, extinguishes the claims in this action against the Debtor, as all prepetition claims relating to the purchase or sale of Tupperware securities were discharged as part of the Plan. Specifically, the Plan provides that "Holders of Allowed Section 510(b) Claims shall not receive any distribution on account of such Claims, which will be cancelled, released, and extinguished as of the Effective Date, and will be of no further force or effect." Br. Dkt. 701-1 at 21.[1]

On June 10, 2025, a Notice of Effective Date was filed in the Bankruptcy Case, stating that the conditions precedent of the Chapter 11 Plan had been completed. At that point, the Plan became effective. Br. Dkt. 741. As a result, the claims against Tupperware are now fully extinguished, including those in this action, and Defendants respectfully submit that no further action by this Court with respect to the claims

---

[1] The claims against Tupperware in this Action constitute Section 510(b) Claims. See 11 U.S.C § 510(b) ("For the purpose of distribution under this title, a claim arising from rescission of a purchase or sale of a security of the debtor or of an affiliate of the debtor, for damages arising from the purchase or sale of such a security, or for reimbursement or contribution allowed under section 502 on account of such a claim, shall be subordinated to all claims or interests that are senior to or equal the claim or interest represented by such security, except that if such security is common stock, such claim has the same priority as common stock.").

2

against Tupperware is necessary. *See, e.g.*, *In re Tronox Inc.*, 549 B.R. 21, 27 (Bankr. S.D.N.Y. 2016) ("as a result of Tronox's bankruptcy, any direct or indirect claims [plaintiffs] may have against the Tronox debtors have been extinguished").

Dated: January 20, 2026

Respectfully submitted,

*By: /s/ Ian M. Ross*

Ian M. Ross (Bar No. 091214)
**SIDLEY AUSTIN LLP**
830 Brickell Plaza
Miami, FL 33131
Telephone: (305) 391-5100
Email: iross@sidley.com

James W. Ducayet (IL Bar No. 6236997)
Jennifer M. Wheeler (IL Bar No. 6316898)
Abigail Bachrach (IL Bar No. 6337057)
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Email: jducayet@sidley.com
jwheeler@sidley.com
abachrach@sidley.com

*Counsel for Defendants*

*/s/ Michael Wernke*
Cullin Avram O'Brien
**CULLIN O'BRIEN LAW, P.A.**
6541 NE 21st Way
Ft. Lauderdale, FL 33308
Tel: (561) 676-6370
Email: cullin@cullinobrienlaw.com

*Liaison Counsel for Plaintiffs and the Class*

3

Shannon L. Hopkins*
Gregory M. Potrepka*
Morgan M. Embleton*
P. Cole von Richthofen*
**LEVI & KORSINSKY, LLP**
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (212) 992-4523
Fax: (212) 363-7171
Email: shopkins@zlk.com
Email: gpotrepka@zlk.com
Email: membleton@zlk.com
Email: cvrichthofen@zlk.com

Jeremy A. Lieberman*
Michael Wernke*
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, NY 10016
Tel.: (212) 661-1100
Fax: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: mjwernke@pomlaw.com

*Co-Lead Counsel for Plaintiffs and the Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein*
60 East 42nd Street, Suite 4600
New York, NY 10165
Tel.: (212) 667-6484
Fax: (212) 667-7296
Email: peretz@bgandg.com

*Additional Counsel for Plaintiff Ralph Estep*

4

**THE PORTNOY LAW FIRM**
Lesley F. Portnoy*
1800 Century Park East Suite 600
Los Angeles, CA 90067
Tel.: (310) 6928883
Email: lesley@portnoylaw.com

*Additional Counsel for Michael Edge*

## CERTIFICATE OF SERVICE

I certify that on January 20, 2026, I electronically filed this document with the Clerk of the Court using CM/ECF, causing a copy to be served on counsel of record; a copy of this document was also e-mailed to counsel of record.

/s/ *Ian M. Ross*
Ian M. Ross

5