UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

|  |  |
|---|---|
| MICHAEL EDGE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TUPPERWARE BRANDS CORPORATION, MIGUEL FERNANDEZ, and CASSANDRA HARRIS, <br><br> Defendants. | Case No. 6:22-cv-1518-RBD-LHP |

## STIPULATION OF DISMISSAL OF DEFENDANT TUPPERWARE BRANDS CORPORATION

WHEREAS, on September 16, 2022, the Court appointed Michael J. Dennehy and Ralph Estep as Co-Lead Plaintiffs (collectively, "Co-Lead Plaintiffs") and Levi & Korsinsky, LLP and Pomerantz LLP as Co-Lead Counsel in the above-captioned action (the "Action") (ECF 29);

WHEREAS, on February 13, 2024, Co-Lead Plaintiffs and Plaintiff Michael Edge filed a Second Amended Class Action Complaint (the "Operative Complaint") in this Action against Tupperware Brands Corporation ("Tupperware") and Miguel Fernandez ("Fernandez") and Cassandra Harris ("Harris") (collectively, the "Individual Defendants") (collectively with Tupperware, "Defendants") (ECF 105);

1

WHEREAS, on September 17, 2024, Tupperware and certain of its subsidiary debtors (collectively, the "Debtors") filed voluntary bankruptcy proceedings (jointly administered under case number 24-12156) pursuant to Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and on September 20, 2024, Defendants filed a Notice of Suggestion of Pendency and Automatic Stay of Proceedings with this Court (ECF 130);

WHEREAS, on May 9, 2025, the Bankruptcy Court entered an order [Docket No. 7018] confirming the *Joint Chapter 11 Plan of Liquidation of Tupperware Brands Corporation and its Debtor Subsidiaries* dated March 6, 2025 [Docket No. 562] together with a Plan Supplement [Docket No. 742] (collectively, the "Plan"), and the Plan became effective on June 10, 2025 (the "Effective Date") [Docket No. 741];

WHEREAS, on the Effective Date, in accordance with the Plan and a Liquidating Trust Agreement, the Tupperware Liquidating Trust (the "Liquidating Trust") was established, all of Debtors' rights, title, and interests in and to certain of their remaining assets were transferred to the Liquidating Trust, and CBMN Advisors LLC d/b/a Uzzi & Lall was appointed as liquidating trustee of the Liquidating Trust and the exclusive representative of the Debtors' estates;

WHEREAS, on November 13, 2025, Plaintiffs moved for final approval of a class action settlement pursuant to an Amended Stipulation of Settlement entered into between Plaintiffs and the Individual Defendants (ECF 160-2);

WHEREAS, on December 18, 2025, the Court held a fairness hearing as to the Amended Stipulation of Settlement (ECF 166);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties that:

1. Pursuant to fed. R. Civ. P. 41(a)(1)(A)(ii), all claims asserted in the above-captioned matter against Defendant Tupperware are hereby dismissed with prejudice.

2. Plaintiffs and Tupperware will bear their own costs and attorneys' fees.

Dated: February 5, 2026                    Respectfully submitted,

By: _____

Alan D. Halperin
Halperin Battaglia Benzija, LLP
40 Wall Street-37th Floor
New York, NY 10005
Telephone: (212) 765-9100
Email: ahalperin@halperinlaw.net

*Counsel for Tupperware Liquidating Trust, by and through CBMN ADVISORS LLC d/b/a UZZI & LALL, solely as LIQUIDATING TRUSTEE*

By: _____

Ian M. Ross (Bar No. 091214)
**SIDLEY AUSTIN LLP**
830 Brickell Plaza
Miami, FL 33131
Telephone: (305) 391-5100
Email: iross@sidley.com

3

James W. Ducayet (IL Bar No. 6236997)
Jennifer M. Wheeler (IL Bar No. 6316898)
Abigail Bachrach (IL Bar No. 6337057)
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Email: jducayet@sidley.com
jwheeler@sidley.com
abachrach@sidley.com

*Counsel for Individual Defendants*

By: *Cullin O'Brien*

Cullin Avram O'Brien
**CULLIN O'BRIEN LAW, P.A.**
6541 NE 21st Way
Ft. Lauderdale, FL 33308
Tel: (561) 676-6370
Email: cullin@cullinobrienlaw.com

*Liaison Counsel for Plaintiffs and the Class*

Shannon L. Hopkins
Gregory M. Potrepka
Morgan M. Embleton
P. Cole von Richthofen
**LEVI & KORSINSKY, LLP**
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (212) 992-4523
Fax: (212) 363-7171
Email: shopkins@zlk.com
Email: gpotrepka@zlk.com
Email: membleton@zlk.com
Email: cvrichthofen@zlk.com

Jeremy A. Lieberman
Michael Wernke
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, NY 10016
Tel.: (212) 661-1100

4

Fax: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: mjwernke@pomlaw.com

*Co-Lead Counsel for Plaintiffs and the Class*

**BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Tel.: (212) 667-6484
Fax: (212) 667-7296
Email: peretz@bgandg.com

*Additional Counsel for Plaintiff Ralph Estep*

**THE PORTNOY LAW FIRM**
Lesley F. Portnoy
1800 Century Park East Suite 600
Los Angeles, CA 90067
Tel.: (310) 6928883
Email: lesley@portnoylaw.com

*Additional Counsel for Michael Edge*

5