**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MICHAEL EDGE; MICHAEL J.
DENNEHY; and RALPH ESTEP,

      Plaintiffs,

v.

      Case No. 6:22-cv-1518-RBD-LHP

TUPPERWARE BRANDS
CORPORATION; MIGUEL
FERNANDEZ; and CASSANDRA
HARRIS,

      Defendants.

_____

**ORDER**

In this securities case, Plaintiffs moved for final approval of their class action settlement. (Doc. 162.) Some of the parties filed a proposed consent to have U.S. Magistrate Judge Leslie Hoffman Price conduct all proceedings in the case, which the Court approved. (Docs. 168, 170.) But the consent was not signed by Defendant Tupperware Brands Corporation ("Tupperware"), as to which a bankruptcy stay was previously entered. (Doc. 132.) So the parties filed a Stipulation of Dismissal[1] of Tupperware and renewed proposed consent. (Docs. 179–81.) Judge Hoffman

---

[1] The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012); *see also Est. of West v. Smith*, No. 20-10071, 2021 WL 3699467, at *4 (11th Cir. Aug. 20, 2021).

Price then entered a Report and Recommendation submitting that the Court should vacate the prior consent approval, lift the stay as to Tupperware, dismiss Tupperware from the case, and approve the renewed consent. (Doc. 183 ("R&R").) The parties did not object (Doc. 185), so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.      The R&R (Doc. 183) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2.      The Order approving the prior consent (Doc. 170) is **VACATED**.

3.      The stay as to Tupperware is **LIFTED**.

4.      Plaintiffs' claims against Tupperware are **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to terminate Tupperware as a party to this action.

5.      The renewed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (Doc. 181) is **APPROVED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 30, 2026.

2



ROY B. DALTON, JR.
United States District Judge

3